1  Anthony J. Dain (SBN 098947)
   John L. Roberts (SBN 208927)
2  PROCOPIO, CORY, HARGREAVES &
       SAVITCH LLP
3  530 B Street, Suite 2100
4  San Diego, California 92101
   Telephone: 619.238.1900
5  Facsimile: 619.235.0398
   E-mail: ajd@procopo.com
6          jlr@procopio.com

7
   Attorneys for Plaintiff
8  ADDVENTURE PRODUCTS, INC.

FILED

07 OCT 18 PM 4: 12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:     PDL      DEPUTY

9

10              UNITED STATES DISTRICT COURT

11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                   SAN DIEGO DIVISION

13  ADDVENTURE PRODUCTS, INC., a California      Case No.:
    corporation,
14
15          Plaintiff,                           '07 CV 2024   JAH BLM

16  v.

17  ROBERT WEINBERG, an individual, WHITSON      NOTICE OF PARTY WITH
    WELLS PMG, LLC, a Texas Limited Liability    FINANCIAL INTEREST
18  Company, and DOES 1-10, collectively d/b/a
    "Purple G,"
19
20          Defendants.

113879.000003/676634.01

1   Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Civil Rule 40.2, Plaintiff
2   AddVenture Products, Inc. hereby states that there is no parent company for the entity and no
3   publicly held corporation holds 10% or more of the stock of the corporation.

4
5   DATED: October 15, 2007            Respectfully submitted,

6                                     PROCOPIO, CORY, HARGREAVES &
                                          SAVITCH LLP
7
8
9
10                                    By: _____
11                                        John L. Roberts
                                          Attorney for Plaintiff
12                                        ADDVENTURE PRODUCTS, INC.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

**Notice of Party with Financial Interest**

113879.000003/676634.01