1 | Anthony J. Dain (SBN 098947)
John L. Roberts (SBN 208927)
2 | PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
3 | 530 B Street, Suite 2100
4 | San Diego, California 92101
Telephone: 619.238.1900
5 | Facsimile: 619.235.0398
E-mail: ajd@procopo.com
6 |         jlr@procopio.com

7

Attorneys for Plaintiff
8 | ADDVENTURE PRODUCTS, INC.

9

FILED

07 OCT 18 PM 4: 12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:    *pwv*    DEPUTY

10 |                  UNITED STATES DISTRICT COURT

11 |            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12 |                        SAN DIEGO DIVISION

13 | ADDVENTURE PRODUCTS, INC., a California      Case No.:
corporation,
14 |
15 |                    Plaintiff,            '07 CV 2024    JAH BLM
16 | v.
17 | ROBERT WEINBERG, an individual, WHITSON      NOTICE OF RELATED CASES
WELLS PMG, LLC, a Texas Limited Liability
18 | Company, and DOES 1-10, collectively d/b/a      [Via Fax]
"Purple G,"
19 |
20 |                    Defendants.

21

22 |        Pursuant to Local Civil Rule 40.1(e), Plaintiff AddVenture Products, Inc. ("AddVenture")

23 | provides notice of the following related cases:

24 |        1.       Plaintiff AddVenture is presently suing a different defendant for numerous claims,

25 | including for infringement of some of the patents at issue in this case. That action is proceeding

26 | in the U.S. District Court for the Southern District of California, and is entitled *AddVenture*

27 | *Products Inc v. Simply Smashing Inc.*, Civil Action No. 3:07-cv-00499-BTM-AJB. That case

28 | involves numerous patents not at-issue in this case, as well as claims for breach of contract,

113879.000003/676634.01

1  unfair competition, and related claims and counter-claims that are not related to the present

2  lawsuit.

3       2.    Plaintiff AddVenture is also preparing to sue another different defendant for

4  infringing some of the patents at issue in this case, as well as for other claims specific to that

5  case. That action is planned to be filed in the U.S. District Court for the Southern District of

6  California, and will be entitled *AddVenture Products Inc v. Smoothreads Inc., et al.*

7       3.    The following additional cases against different defendants involved similar

8  subject matter, but were terminated prior to reaching their substantive merits:

9  - *Addventure Products, Inc. v. Simply Smashing, Inc.*

10      o  04-cv-00437-LAB-POR

11      o  filed 03/01/04

12      o  closed 06/15/04

13  - *Addventure Products v. Smoothreads Inc., et al*

14      o  3:04-cv-00435-LAB-AJB

15      o  filed 03/01/04

16      o  closed 12/07/04

17  - *Addventure Products v. Bryder Intl Inc, et al*

18      o  3:04-cv-00436-BTM-RBB

19      o  filed 03/01/04

20      o  closed 03/21/06

21  - *Addventure Products v. Creative Custom Tees*

22      o  3:05-cv-00560-L-CAB

23      o  filed 03/21/05

24      o  closed 05/03/06

25  - *Addventure Products v. Smoothreads Inc.*

26      o  3:05-cv-00629-L-LSP

27      o  filed 03/29/05

28      o  closed 02/02/06

---

**Notice of Related Cases**

1       In view of the foregoing, assignment of this case to the Honorable United States District

2   Judge Barry Ted Moskowitz would be likely to effect a saving of judicial effort in construing the

3   claims of the patents common to this case and the ongoing case *AddVenture Products Inc v.*

4   *Simply Smashing Inc.*, Civil Action No. 3:07-cv-00499-BTM-AJB.

5

6   DATED: October 15, 2007             Respectfully submitted,

7                                   PROCOPIO, CORY, HARGREAVES &
                                    SAVITCH LLP

8

9

10

11                                   By: _____

12                                       John L.  Roberts
                                    Attorney for Plaintiff

13                                       ADDVENTURE PRODUCTS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Notice of Related Cases**

113879.000003/676634.01