Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ADDVENTURE PRODUCTS, INC., a California corporation,

vs

ROBERT WEINBERG, an individual, WHITSON WELLS PMG, LLC, a Texas Limited Liability Company, and DOES 1-10, collectively d/b/a "Purple G,"

SUMMONS IN A CIVIL ACTION
Case No.

'07 CV 2024    JAH BLM

TO: (Name and Address of Defendant).
DOES 1-10 ("Purple G")
3116 Commerce Street, Suite B
Dallas, Texas 75226-1561

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
Anthony J. Dain
John L. Roberts
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, Suite 2100
San Diego CA 92101-4469

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 1 8 2007

W. Samuel Hamrick, Jr.

CLERK    R DELACRUZ

By _____, Deputy Clerk

DATE

Summons in a Civil Action                                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

## RETURN OF SERVICE

11:20 AM

Service of the Summons and Complaint was made by me   DATE OCTOBER 26 2007

NAME OF SERVER PAUL FREEMAN   TITLE PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): DOES 1-10 (PURPLE G) BY DELIVERING TO ROBERT WEINBERG, MANAGING DIRECTOR AT 3116 COMMERCE ST, SUITE B, DALLAS TX 75226

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|
|  |  |  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: OCTOBER 26 2007   Paul Freeman SCH 480
             Date                Signature of Server

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Subscribed and sworn to before me on this the 26 day of Oct, 2007



BEATRIZ ADRIANA TORRES
Notary Public, State of Texas
My Commission Expires
04/13/2011