1

**D. Scott Hemingway**
TX Bar No. 09407880

2

Hemingway & Hansen, LLP
1717 Main Street, Suite 2500

3

Dallas, Texas 75201
Phone: (214) 292-8301

4

Fax:   (214) 739-5209
Email: shemingway@hemlaw.org

5

Attorney for Robert Weinberg, Whitson Wells

6

PMG, LLC and "Purple G"

7

FILED

07 NOV 16 AM 8: 41

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:     POV     DEPUTY

NUNC PRO TUNC

NOV 15 2007

8

## UNITED STATES DISTRICT COURT

9

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

### SAN DIEGO DIVISION

11

12

ADDVENTURE PRODUCTS, INC., a California
corporation,

13

Plaintiff,

14

vs.

15

ROBERT WEINBERG, et al.,

16

Defendants.

17

Case No:3:07-CV-02024-BTM-AJB

**NOTICE OF APPEARANCE**

Jury Trial Demand

18

D. Scott Hemingway and the law firm of Hemingway & Hansen, LLP hereby enter

19

his appearance as a counsel of record on behalf of Defendants Robert Weinberg, Whitson

20

Wells, PMG, LLC and "Purple G", who are making, at least, a special appearance in this

21

matter.

22

A Pro Hac Vice Application for admission has been completed pending retention of

23

local counsel. Applicant and counsel request permission from this Court to appear as counsel

24

of record during the pendancy of that Pro Hac Vice Application.

25

1 **DATED** this 14th day of November , 2007

2

3                                              Hemingway & Hansen LLP

4

5                                    By   /s/ D. Scott Hemingway
                                            D. Scott Hemingway
6                                           Hemingway & Hansen LLP
                                            1717 Main St., Ste. 2500
7                                           Dallas, TX 75201

8                                           Attorney for Robert Weinberg, Whitson
                                            Wells PMG, LLC and "Purple G"
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served on November 14, 2007 upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follow:

The Honorable Barry T. Moskowitz                    *Via Federal Express*
Judge of District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

And copy of the foregoing
mailed to:

Antony J. Dain
John L. Roberts
Procopio, Cory, Hargreaves &
Savitch, LLp
530 B Street, Suite 2100
San Diego, CA 92101

_____*/s D. Scott Hemingway*_____