D. Scott Hemingway
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:    (214) 739-5209
Email: shemingway@hemlaw.org

**Attorney for Robert Weinberg, Whitson Wells PMG, LLC and "Purple G"**

FILED
07 NOV 16 AM 8: 42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

NUNC PRO TUNC
NOV 15 2007

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>ROBERT WEINBERG, et al.,<br><br>Defendants. | Case No:3:07-CV-02024-BTM-AJB<br><br>**DEFENDANT ROBERT WEINBERG'S, CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Jury Trial Demand |

**DEFENDANT ROBERT WEINBERG'S CONSENT MOTION
FOR EXTENSION OF TIME TO FILE AN ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT**

COMES NOW Defendant, Robert Weinberg, and asks this Court for twenty (20) days extension of time to file its Answer or otherwise Respond to the Complaint, no later than December 10, 2007. The Plaintiff's counsel does not oppose this request.

1 | Counsel has been retained recently to represent the Defendants in this case, and as new
2 | counsel needs this additional time in order to adequately file an answer or otherwise respond
3 | to the Complaint. We are in a process of finding a local counsel and filing Pro Hac Vice
4 | Application. Due to the circumstances, we will not be able to file this Motion electronically,
5 | therefore it would be send to the Court via Federal Express.

**DATED** this 14th day of November, 2007.

Respectfully submitted,

*/s/ D. Scott Hemingway*

D. Scott Hemingway
Attorney-in-Charge
Texas Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Ph: (214) 292-8301
Fax: (214) 739-5209

**Attorney for Defendant Robert Weinberg**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was served on November 14, 2007 upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follow:

Antony J. Dain
John L. Roberts
Procopio, Cory, Hargreaves &
Savitch, LLp
530 B Street, Suite 2100
San Diego, CA 92101



Case No. 3:07-cv-02024-BTM-AJB