D. Scott Hemingway
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:   (214) 739-5209
Email: shemingway@hemlaw.org

Attorney for Robert Weinberg, Whitson Wells
PMG, LLC and "Purple G"

FILED
07 NOV 16 AM 10: 24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:_____ DEPUTY

**NUNC PRO TUNC**

NOV 15 2007

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>ROBERT WEINBERG, et al.,<br><br>Defendants. | Case No:3:07-CV-02024-BTM-AJB<br><br>**DEFENDANTS WHITSON WELLS, PMG LLC, AND PURPLE G'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Jury Trial Demand |

**DEFENDANTS WHITSON WELLS, LLC, AND PURPLE G'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

COMES NOW Defendants, Whitson Wells, PMG, LLC and "Purple G", and ask this Court for twenty (20) days extension of time to file their Answer or otherwise Respond to the

1  Complaint no later than December 5, 2007. The Plaintiff's counsel does not oppose this
2  request.
3        Counsel has been recently retained to represent the Defendants in this case, and as new
4  counsel, needs this additional time in order to adequately file an answer or otherwise respond
5  to the Complaint. We are in a process of finding a local counsel and filing Pro Hac Vice
6  Application. Due to the circumstances, we will not be able to file this Motion electronically,
7  therefore it would be send to the Court via Federal Express.
8  
9  DATED this 14th day of November, 2007.

Respectfully submitted,

*/s/ D. Scott Hemingway*

D. Scott Hemingway
Attorney-in-Charge
Texas Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Ph: (214) 292-8301
Fax: (214) 739-5209

**Attorney for Defendants
Whitson Wells, LLC and "Purple G"**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served on November 14, 2007 upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follow:

Antony J. Dain
John L. Roberts
Procopio, Cory, Hargreaves &
Savitch, LLp
530 B Street, Suite 2100
San Diego, CA 92101



Case No. 3:07-cv-02024-BTM-AJB

3