UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

FILED
07 NOV 16 AM 10: 24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WEINBERG, et al.,<br><br>Defendants. | Case No: 3:07-CV-02024-BTM-AJB<br><br>ORDER |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO ORIGINAL COMPLAINT**

After reviewing Defendant Robert Weinberg's Motion for Extension of Time to File an Answer or otherwise Respond to the Complaint and arguments of counsel, the Court hereby grants this Motion and resets the answer deadline for December 5, 2007.

IT IS SO ORDERED.

11/15/07

_____
Judge of the District Court