UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AddVenture Products, Inc.   )
                            )
          Plaintiff         )
                            )   Case No. 3:07-cv-02024-BTM-AJB
vs.                         )
                            )   PRO HAC VICE APPLICATION
Robert Weinberg, et al.     )
                            )   Robert Weinberg et al.
          Defendant         )   Party Represented
                            )

I, __D. Scott Hemingway__ hereby petition the above entitled court to permit me
         (Applicant)
to appear and participate in this case and in support of petition state:

My firm name:       Hemingway & Hansen, LLP
Street address:     1717 Main Street, Suite 2500
City, State, ZIP:   Dallas, Texas 75201
Phone number:       (214) 292-8301

**FILED**
NOV 2    2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA
BY _____ DEPUTY

That on __July 12, 1993__ I was admitted to practice before __Northern District of Texas__
        (Date)                                              (Name of Court)
and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ( [ ] have) [X] have not) concurrently or within the year preceding this application made any pro hac
vice application to this court.

(If previous application made, complete the following)

Title of case _____

Case number _____ Date of application _____

Application   ☐ granted   ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

                                    _____
                                    (Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Douglas A. Pettit                           (858) 755-8500
(Name)                                      (Telephone)
Pettit Kohn, Ingrassia & Lutz
(Firm)
12250 El Camino Real, Suite 350    San Diego                  92130
(Street)                           (City)                     (Zip code)

                                   _____
                                   Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.

**RECEIVED**
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ßH $180 144904 DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

_____
By Deputy Clerk       M. Zvers

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**   $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC ) <br> ) <br> vs.                             ) <br> ) <br> ) <br> ROBERT WEINBERG, et. al.   ) <br> ) <br> ) | Case No. 07-CV-2024-JAH-BLM <br><br> **DECLARATION OF SERVICE** <br><br> Person Served: <br> Anthony Dain & John Roberts <br> Date Served: <br> 11/30/07 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
Conformed Copy of Pro Hac Vice Application
in the following manner: (check one)

1)   By personally delivering copies to the person served.

2)   By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)   By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)   ✗   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on November 30, 20 07.

Executed on ____November 30____, 20 07    at San Diego, California

_____Shira Mendelsohn_____

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **CONFORMED COPY OF PRO HAC VICE APPLICATION was** on this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last know address as follows:

Anthony J. Dain, Esq.
John L. Roberts, Esq.
PROCOPIO CORY HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, CA 92101
Phone: (619) 238-1900
Facsimile: (619) 235-0398
E-mail:  ajd@procopo.com
              jlr@procopo.com

Attorneys for Plaintiff **ADDVENTURE PRODUCTS, INC.**

San Diego, California, this 30th day of November 2007.

_____
CHRISTY L. WENDTE
SHIRA MENDELSOHN
Assistants to Local Counsel for Defendants
**ROBERT WEINBERG** and **WHITSON WELLS PMG, LLC**