D. Scott Hemingway
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:    (214) 739-5209
Email: shemingway@hemlaw.org

Douglas A. Pettit
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA  92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

Attorney for Robert S. Weinberg, Whitson Wells
PMG, LLC and "Purple G"

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>ROBERT S. WEINBERG, et al.,<br><br>Defendants. | Case No:3:07-CV-02024-BTM-AJB<br><br>**DEFENDANT ROBERT S. WEINBERG'S MOTION TO DISMISS** |

## DEFENDANT ROBERT S. WEINBERG'S
## RULE 12(B) MOTION TO DISMISS

COMES NOW Defendant, Robert S. Weinberg, and files this Fed. R. Civ. P. Rule 12(b) Motion to Dismiss as follows. The Plaintiff fails to establish any supported basis for this Court's exercise of personal jurisdiction over Defendant, Robert S. Weinberg, and the

Plaintiff fails to state a valid claim for infringement of any patents against this Defendant in his personal and individual capacity. Defendant, Robert S. Weinberg respectfully requests that that this Court dismiss this matter under Fed. R. Civ. P. Rule 12(b)(2) and (6).

**DATED** this 5th day of December, 2007.

Respectfully submitted,

/s/ D. Scott Hemingway
D. Scott Hemingway
Texas Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Ph: (214) 292-8301
Fax: (214) 739-5209

Douglas A. Pettit
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA 92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

**Attorney for Defendant**
**Robert S. Weinberg**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served on December 5, 2007 upon all counsel of record by electronic mail delivery through the Court docketing and notification system. Any counsel not subscribed to the electronic mail notification system were provided with a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follow:

Anthony J. Dain
John L. Roberts
Procopio, Cory, Hargreaves & Savitch, LLP
530 B Street, Suite 2100
San Diego, CA 92101

/s/ D. Baragan