# EXHIBIT 1

D. Scott Hemingway
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax: (214) 739-5209
Email: shemingway@hemlaw.org

Douglas A. Pettit
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA 92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

Attorney for Robert Weinberg, Whitson Wells PMG, LLC and "Purple G"

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT WEINBERG, et al.,<br><br>　　　　　Defendants. | Case No:3:07-CV-02024-BTM-AJB<br><br>**ROBERT S. WEINBERG'S DECLARATION IN SUPPORT OF ROBERT S. WEINBERG MOTION TO DISMISS** |

**ROBERT S. WEINBERG'S DECLARATION IN
SUPPORT OF ROBERT S. WEINBERG MOTION TO DISMISS**

I, Robert S. Weinberg, declare as follows:

1. 　　I am a resident of Texas. I do not own or control any business in the State of California, the Southern District of California, or San Diego, California, and I am not engaged

1. in any regular and established business in the State of California, the Southern District of California, or San Diego, California.

2. I do not engage in any advertising or promotional sales activities in my individual capacity in this forum (California) or elsewhere, and I do not engage in any advertising or promotional sales activities in my individual capacity in this forum (California) or elsewhere.

3. I do not personally make, use, sell or offer for sale any compressed fabric promotional items, and I do not conduct any type of personal business in this forum (California) that relates in any manner to the accusations in the Complaint.

4. I do not own or operate any website for my own personal use, and I do not advertise, solicit, or offer any personal services to or in the State of California, the Southern District of California, or San Diego, California.

5. I do not personally engage in any of the accused activities in this lawsuit in my individual capacity, in this forum or anywhere else.

6. I am involved with the business of two Defendants in this matter, Whitson Wells PMG, LLC and "Purple G," but neither of these two businesses has ever shipped to or consummated a sale of any compressed fabric promotional items in the State of California, the Southern District of California, or San Diego, California.

7. While I am involved with the business affairs of the other Defendants, Whitson Wells PMG, LLC and "Purple G," my role in those businesses is well-defined as a corporate officer, director or manager. Any actions taken on behalf of those businesses were not made in my personal and individual capacity, but were made solely on behalf of the businesses.

8. Regardless, none of the actions taken by me in the business affairs of the other two Defendants, Whitson Wells PMG, LLC and "Purple G," have included the shipment or consummated sale of any compressed fabric promotional item to the State of California, the Southern District of California, or San Diego, California.

9. With respect to activities alleged in the Complaint, I do not believe I have sufficient minimum contacts with the forum of California because I did not perform any act or consummate any transaction in the State of California relating to the subject matter of this lawsuit that would purposefully avail myself of the privilege of conducting activities in the forum.

10. The claims in the Addventure lawsuit do not arise from my personal and individual activities in the State of California.

11. With respect to any other contacts with the State of California unrelated to the allegations in the Addventure lawsuit, I have no continuous or systematic contacts with the State of California.

I declare the above to be true and correct under penalty of perjury.

12/3/07
Date

Robert S. Weinberg

Robert S. Weinberg's Declaration
In Support of Motion to Dismiss

3