**D. Scott Hemingway**
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:    (214) 739-5209
Email: shemingway@hemlaw.org

**Douglas A. Pettit**
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA 92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

Attorney for Robert Weinberg, Whitson Wells PMG, LLC and "Purple G"

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>ROBERT WEINBERG, et al.,<br><br>Defendants. | Case No:3:07-CV-02024-BTM-AJB<br><br>**DEFENDANTS WHITSON WELLS PMG, LLC AND PURPLE G MOTION TO DISMISS** |

### DEFENDANTS WHITSON WELLS PMG, LLC, AND "PURPLE G" RULE 12(B) MOTION TO DISMISS

COMES NOW Defendants, Whitson Wells PMG, LLC and "Purple G," and files this Fed. R. Civ. P. Rule 12(b) Motion to Dismiss as follows. The Plaintiff fails to establish any supported basis for asserting personal jurisdiction over Defendants, Whitson Wells PMG,

LLC and "Purple G," and the Plaintiff fails to state a claim for infringement of the patents against these Defendants. Defendants, Whitson Wells PMG, LLC and "Purple G" respectfully request that they be dismissed from the present action under Fed. R. Civ. P. Rule 12(b)(2) and (6).

**DATED** this 5th day of December, 2007.

Respectfully submitted,

/s/ D. Scott Hemingway
D. Scott Hemingway
Texas Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Ph: (214) 292-8301
Fax: (214) 739-5209

Douglas A. Pettit
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA 92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

**Attorney for Defendants
Whitson Wells PMG, LLC and
"Purple G"**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served on December 5, 2007 upon all counsel of record by electronic mail delivery through the Court docketing and notification system. Any counsel not subscribed to the electronic mail notification system were provided with a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follow:

Anthony J. Dain
John L. Roberts
Procopio, Cory, Hargreaves &
Savitch, LLP
530 B Street, Suite 2100
San Diego, CA 92101

/s/ D. Baragan