**D. Scott Hemingway**
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:    (214) 739-5209
Email: shemingway@hemlaw.org

**Douglas A. Pettit**
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA  92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

Attorneys for Robert S. Weinberg, Whitson Wells PMG, LLC and "Purple G"

# UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>ROBERT S. WEINBERG, et al.,<br><br>Defendants. | Case No:3:07-CV-02024-BTM-AJB<br><br>**NOTICE OF MOTION AND MOTION IN SUPPORT OF DEFENDANT ROBERT S. WEINBERG'S RULE 12(B) MOTION TO DISMISS JURY TRIAL DEMAND**<br>**Date:February 1, 2008**<br>**Time: 11:00 am**<br>**Ctrm: 15**<br>**Hon. Barry T. Moskowitz** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 1, 2008 at 11:00 am, or as soon thereafter as counsel may be heard by the above-entitled court, located at 940 Front Street, San Diego, California, Defendant Robert Weinberg will and hereby do move the court for an

1  order dismissing him from the above-entitled action due to lack of personal jurisdiction and

2  failure to state a claim pursuant to Fed.R.Civ.P. Rule 12(b)(2) and (6).

3       This motion is based on this Notice of Motion and Motion, on the Brief in Support and

4  Memorandum of Points and Authorities filed on December 5, 2007, on the declaration of

5  Robert Weinberg, on the pleadings and papers on file here in and beforehand, and upon such

6  other matters as may be presented to the court at the time of the hearing.

7

8  **DATED** this 14th day of December, 2007.

9

10       Respectfully submitted,

11       /s/ D. Scott Hemingway
     D. Scott Hemingway
12       Texas Bar No. 09407880
     Hemingway & Hansen, LLP
13       1717 Main Street, Suite 2500
     Dallas, Texas  75201
14       Ph: (214) 292-8301
     Fax: (214) 739-5209

15

16       Douglas A. Pettit
     Pettit Kohn Ingrassia & Lutz PC
17       12250 El Camino Real, Ste 350
     San Diego, CA  92130
18       Phone: (858) 755-8500
     Fax: (858) 755-8504
19       dpettit@pettitkohn.com

20

21       **Attorneys for Defendant**
     **Robert S. Weinberg**

22

23

24

25

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served on December 14, 2007 upon all counsel of record by electronic mail delivery through the Court docketing and notification system. Any counsel not subscribed to the electronic mail notification system were provided with a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follow:

Anthony J. Dain
John L. Roberts
Procopio, Cory, Hargreaves & Savitch, LLP
530 B Street, Suite 2100
San Diego, CA 92101

/s/ D. Scott Hemingway