Anthony J. Dain (SBN 098947)
John L. Roberts (SBN 208927)
PROCOPIO, CORY, HARGREAVES
    & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone:  619.238.1900
Facsimile:  619.235.0398
Email: ajd@procopio.com
        jlr@procopio.com

Attorneys for Plaintiff
ADDVENTURE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>              Plaintiff,<br><br>v.<br><br>ROBERT WEINBERG, an individual, WHITSON WELLS PMG, LLC, a Texas Limited Liability Company, and DOES 1-10, collectively d/b/a "Purple G,"<br><br>              Defendants. | CASE NO. 3:07-cv-02024-BTM-AJB<br><br>**DECLARATION OF JOHN ROBERTS IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:  February 1, 2008<br>Time: 11:00 am<br>Ctrm: 15<br>Hon. Barry T. Moskowitz |

1      I, John Roberts, declare:

2      1.      I am counsel of record for the Plaintiff in this action, AddVenture Products,

3   Inc. ("AddVenture").  I have personal knowledge of the facts set forth in this declaration and

4   if called upon to do so, I could and would testify competently thereto.

5      2.      I named as Defendants in this action ROBERT WEINBERG, an individual,

6   WHITSON WELLS PMG, LLC, a Texas Limited Liability Company, and DOES 1-10,

7   collectively d/b/a "Purple G," because based on my pre-filing investigation I was unable to

8   identify any existing legal entity known as "Purple G," and the evidence I was able to find

9   regarding whoever was and is doing business as "Purple G," including online at

10  www.purpleg.com, pointed to Mr. Weinberg individually and to Whitson Wells PMG, LLC,

11  as well as potentially other unknown persons.  I drew this conclusion based on the following

12  facts:

13     3.      The Purple G website, www.purpleg.com, advertised compressed t-shirts that

14  appeared to infringe several of AddVenture's patents.  Attached hereto as Exhibit A are true

15  and correct pdf print-outs of pages from the Purple G website from April, May and October,

16  2007.

17     4.      The Purple G website indicated that the Purple G business was based in Texas,

18  but it provided no information identifying what type of entity Purple G was or who was

19  behind it.  So one of the first things I did was run an online "whois" search to identify the

20  owner and operator of the www.purpleg.com website.  The whois search results identified

21  "Whitson Wells PMG" as the registrant and Robert Weinberg of Dallas Texas as both the

22  administrative and technical contacts.  Attached hereto as Exhibit B is a true and correct pdf

23  print-out of a recent whois search that shows this same information.

24     5.      I then searched the online records of the Texas Secretary of State for "Whitson

25  Wells."  I found Whitson Wells PMG, LLC, with an address at 5019 McKinney Avenue,

26  Dallas, Texas 75205, and listing Robert Weinberg as a Director and Manager.  Attached

27

28  DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
               CASE NO. 3:07-cv-02024-BTM-AJB

1    hereto as Exhibit C is a true and correct pdf print-out of a recent Texas Secretary of State

2    search that shows this same information.

3       6.      I also searched the online records of the Texas Secretary of State for "Purple

4    G."  The closest thing I found to "Purple G" and potentially relating to compressed t-shirts

5    was The Purple Giraffe Shirt Company, a legally forfeited corporation with an address at

6    3116 Commerce, Suite B, Dallas, Texas 75226-1561.  Attached hereto as Exhibit D is a true

7    and correct pdf print-out of a recent Texas Secretary of State search that shows this same

8    information.

9       7.      I further discovered that the words "Purple Giraffe Apparel Since 1983" were

10   registered in Texas as an assumed name of Whitson Wells PMG, LLC.  Attached hereto as

11   Exhibit E is a true and correct pdf print-out of a recent Texas Secretary of State search that

12   shows this same information.

13      8.      Based on "Purple Giraffe" and "www.purpleg.com" both being affiliated with

14   Whitson Wells, and both relating to shirts/apparel, I thought perhaps "Purple Giraffe" and

15   "Purple G" were one in the same.  On or about April 30, 2007, I prepared a cease and desist

16   letter and sent it to The Purple Giraffe Shirt Company at 3116 Commerce, Suite B, Dallas,

17   Texas 75226-1561, with a copy to the registered agent for receiving service of process as

18   listed on the Texas Secretary of State website.  Attached hereto as Exhibit F is a true and

19   correct copy of that letter.  I never received any type of response to that letter.

20      9.      Since I never received a response to my letter to The Purple Giraffe Shirt

21   Company, and since "Purple G" did not appear to be any type of legal entity, I named as

22   Defendants in this action the one person and the one entity that had been revealed from

23   behind Purple G's cloak of secrecy, though there are presumably additional persons directly

24   responsible for the conduct alleged to infringe AddVenture's patents.

25   / / /

26   / / /

27

28   DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
     CASE NO. 3:07-cv-02024-BTM-AJB

1      10.    The www.purpleg.com website continues to hide the identity or location of the

2    Purple G business.  *See* Exhibit G attached hereto, a true and correct recent pdf print-out of

3    the Contact page from the www.purpleg.com website, which states:  "It's a trick...you can't

4    get in touch with us!  Contact your promotional product distributor for pricing and other

5    inquiries."

6

7      I declare under penalty of perjury under the laws of the United States of America that

8    the foregoing is true and correct.

9

10      Executed this 18th day of January, 2008, in Columbus, Indiana.

11

12      /s/John Roberts

13      John Roberts

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS

CASE NO. 3:07-cv-02024-BTM-AJB

113879.000006/.01



Purple G Shapes

**Purple G COMPRESSED TeeS**

# SHAPES TO SHRINK A SHIRT



| | Bolt $2^{1}/8$" x $5^{7}/8$" | Abstract Blast $3^{5}/16$" x $5^{1}/2$" | Chocolate Bar $1^{7}/8$" x $5^{3}/8$" | Credit Card $2^{5}/8$" x $3^{1}/2$" | CD Player 5" x $4^{3}/4$" | Champagne Bottle $6^{1}/8$" x $2^{1}/8$" |
| | Mini Postcard $3^{7}/8$" x $4^{3}/4$" | Can / Cylinder $2^{1}/2$" x $4^{1}/2$" | Mini Can $2^{3}/4$" x $3^{1}/4$" | Postcard Mailer Tee $3^{3}/4$" x $5^{5}/8$" | Hockey Puck Cylinder $3^{3}/4$" x $1^{5}/8$" | Race Car $2^{1}/8$" x 6" |
| | Texas $4^{7}/8$" x $5^{3}/8$" OR 6" x $6^{1}/2$" | Football $3^{1}/4$" x $5^{1}/2$" | Surfboard $6^{3}/4$" x $2^{2}/16$" | Dog Bone $2^{1}/2$" x $5^{3}/4$" | Triangle $4^{7}/8$" x $3^{3}/4$" | Disk $4^{7}/8$" x $3/4$" |
| | Heart | | Mini Tee | | Truck |

Purple G Shapes

2" x 5⅞"

Wedge
2½" x 5⅞"

Rounded Square
4¼" x 4¼"

Large Rectangle
6¼" x 2½"

Golf Towel
Cylinder
D-1½" x H-1¾"

Beach Towel
CD Player
L-5" x W-4¾"
x H-2½"

4⅛" x 3½"

Rectangle
3⅞" x 2¾"

Circle
4" x 4"

Hotdog
2¾" x 6¼"

**Compressed Towels**

Golf Towel
Puck
D-2¼" x H-1⅝"

Beach Towel
Box
L-5⅝" x W-5"
x H-2½"

Beach Towel
Cylinder
L-3¾" x H-3½"

4⅜" x 4½"

CD Case
5" x 5⅝"

Wine Bottle
8¾" x 2½"

Small Rectangle
5" x 2½"

Tombstone
5½" x 3 ¾"

Paint Brush
6¾" x 3"

Golf Towel
Credit Card
L-2⅝" x W-3½"

Beach Towel
Postcard
L-3¾" x W-5⅝"
x H-2½"

RIP
In dog years,
You're
already dead!

5/24/2007

Purple G Shapes

**ASI 80086**

http://www.purpleg.com/shapes.htm



## Stock Mold Shapes



Dog Bone
2.5"x5.75"

Truck
2"x5.87"

Hotdog
2.75"x6.25"

Bolt
2.12"
x
5.88"

Wedge
2.5"x5.88"

Car
2.12"x6"

4.38"x4.5"
Heart

Hummer
5.9"x2.6"

4.13"x3.5"
Mini-T

Football
5.5"x3.25"

Surfboard
6.25"x6.25"

Various
Circle
Diameters

Triangle
4.88"x3.75"

5.5"
x
3.33"
Slot
Machine

7"x4"
Cowboy Hat

Bar
1.88"x5.38"

Bowtie 6"x4"

Texas
4.88"x5.38"

Head
Stone
5.5"x3.75"

Credit card
2.63"x3.5"
Golf Towel

Various
Bottle Shapes

CD Player
5"x4.75"

CD Case
5"x 5.63"
BeachTowel
Box

4"x6"
Light
Bulb

Rounded
Rectangle
6.25"x4.25"

Mini
Postcard
3.88"x4.75"

Small
Rectangle
5"x2.5"

Postcard
3.75"x5.63"
Beach Towel

House
4.5"x4.25"

$ Rectangle
5.5"x2.5"

## Compressed Towels

| | | |
|---|---|---|
| Golf Towel Credit Card L-2$\frac{5}{8}$" x W-3$\frac{1}{2}$" | Golf Towel Puck D-2$\frac{1}{4}$" x H-1$\frac{5}{8}$" | Golf Towel Cylinder D-1$\frac{1}{2}$" x H-1$\frac{3}{4}$" |

EXHIBIT A TO DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS

| | | Beach Towel Postcard<br>L-$3^3/_4$" x W-$5^5/_8$"<br>x H-$2^1/_2$" | | Beach Towel Box<br>L-$5^5/_8$" x W-5"<br>x H-$2^1/_2$" | | Beach Towel CD Player<br>L-5" x W-$4^3/_4$"<br>x H-$2^1/_2$" | |
| | | | | Beach Towel Cylinder<br>L-$3^3/_4$" x H-$3^1/_2$" | | | |

**ASI 80086**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:07-cv-02024-BTM-AJB

113879.000006/.01



**WHOIS**
Search Results for:    **PURPLEG.COM**

**Search Again**
☑ Enter a Domain Name to Check

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
Whitson Wells PMG

5019 McKinney Ave
Suite 100
Dallas, Texas 75205
United States

Registered through: GoDaddy.com, Inc.
(http://www.godaddy.com)
Domain Name: PURPLEG.COM
Created on: 17-Oct-06
Expires on: 17-Oct-08
Last Updated on: 03-Nov-07

Administrative Contact:
Weinberg, Robert rweinberg@whitsonwells.com
Whitson Wells PMG

**Available TLDs**
☐ PURPLEG.NET $9.99/yr
☐ PURPLEG.ORG $6.99/yr
SAVE!
☐ PURPLEG.INFO $2.99/yr
SAVE!
☐ PURPLEG.BIZ $9.99/yr
☐ PURPLEG.US $7.99/yr
☐ PURPLEG.NAME $9.99/yr

**You might also**

☐ PURPLEGONLINE.COM $9.99/yr
☐ ONLINEPURPLEG.COM $9.99/yr
☐ PURPLEGHOME.NET $9.99/yr
☐ HOMEPURPLEG.NET $9.99/yr
☐ PURPLEGSITE.ORG $6.99/yr
SAVE!
☐ SITEPURPLEG.ORG $6.99/yr
SAVE!
☐ PURPLEGSHOP.INFO $2.99/yr
SAVE!
☐ SHOPPURPLEG.INFO $2.99/yr
SAVE!
☐ PURPLEGLIVE.ME $8.99/yr
☐ LIVEPURPLEG.ME $8.99/yr
☐ PURPLEGBLOG.US $7.99/yr

**REGISTER NOW!**

5019 McKinney Ave
Suite 100
Dallas, Texas 75205
United States
(214) 520-3025 Fax -- (214) 722-0155

Technical Contact:
Weinberg, Robert rweinberg@whitsonwells.com
Whitson Wells PMG
5019 McKinney Ave
Suite 100
Dallas, Texas 75205
United States
(214) 520-3025 Fax -- (214) 722-0155

Domain servers in listed order:
NS15.DOMAINCONTROL.COM
NS16.DOMAINCONTROL.COM

Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited
Registry Status: clientDeleteProhibited

See Underlying Registry Data
Report Invalid Whois



GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**



1

2

3

4

5

6

7

**EXHIBIT C**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS

CASE NO. 3:07-cv-02024-BTM-AJB



**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**FIND ENTITY NAME SEARCH**

This search was performed on with the following search parameter:

**ENTITY NAME :** WHITSON WELLS

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 800202784 | WHITSON WELLS PMG, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 11844700 | WATSON & WILLIAMS INC | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 28743800 | WATSON WELDING CO., INC. | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 46368200 | WATSON/WILLOUR AND COMPANY | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 800311896 | WATSON WILLCOX, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 28839000 | WATSON WHEEL COVERS, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 34000200 | WATSON'S WHEELCOVER SERVICE, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 115540000 | WATSON & WILLIAMS INTERESTS, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 161141400 | WATSON'S WELLNESS CENTER, INC. | Domestic For-Profit Corporation | In existence | Legal | In use |

[ Return to Order ]  [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.



**Texas Secretary of State**
**Phil Wilson**

**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800202784 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 13, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13200777905 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** WHITSON WELLS PMG, LLC
**Address:** 5019 MCKINNEY AVE STE 100
DALLAS, TX 75205 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Corporation Service Company | 701 Brazos Street, Suite 1050 Austin, TX 78701 USA | |

Order     Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800202784 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 13, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13200777905 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | WHITSON WELLS PMG, LLC | | |
| **Address:** | 5019 MCKINNEY AVE STE 100 DALLAS, TX 75205 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSOCIATED ASSUMED NAMES | ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 33619950002 | Articles of Organization | May 13, 2003 | May 13, 2003 | No | 2 |
| ☑ | 39175890539 | Change of Registered Agent/Office | July 31, 2003 | July 31, 2003 | No | 1 |
| ☑ | 83726980001 | Public Information Report (PIR) | December 31, 2004 | February 26, 2005 | No | 1 |
| ☑ | 105467290001 | Public Information Report (PIR) | December 31, 2005 | October 8, 2005 | No | 1 |
| ☑ | 117127150002 | Certificate of Assumed Business Name | February 10, 2006 | February 10, 2006 | No | 2 |
| ☑ | 147226530001 | Public Information Report (PIR) | December 31, 2006 | October 10, 2006 | No | 1 |

[ Order ]    [ Return to Search ]

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800202784 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 13, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13200777905 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | WHITSON WELLS PMG, LLC | | |
| **Address:** | 5019 MCKINNEY AVE STE 100 DALLAS, TX 75205 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| WHITSON WELLS PMG, LLC | In use | Legal | | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



**Texas Secretary of State**
**Phil Wilson**

**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800202784 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 13, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13200777905 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| | | | |
| **Name:** | WHITSON WELLS PMG, LLC | | |
| **Address:** | 5019 MCKINNEY AVE STE 100 DALLAS, TX 75205 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| October 10, 2006 | ALISON WEINBERG | DIRECTOR | 5019 MCKINNEY AVENUE DALLAS, TX 75205 USA |
| October 10, 2006 | ALISON WEINBERG | MANAGER | 5019 MCKINNEY AVENUE DALLAS, TX 75205 USA |
| October 10, 2006 | ROBERT WEINBERG | DIRECTOR | 5019 MCKINNEY AVENUE DALLAS, TX 75205 USA |
| October 10, 2006 | ROBERT WEINBERG | MANAGER | 5019 MCKINNEY AVENUE DALLAS, TX 75205 USA |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT C TO DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
20



**Texas Secretary of State**
**Phil Wilson**

**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800202784 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 13, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13200777905 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | WHITSON WELLS PMG, LLC | | |
| **Address:** | 5019 MCKINNEY AVE STE 100 DALLAS, TX 75205 USA | | |

REGISTERED AGENT     FILING HISTORY     NAMES     MANAGEMENT     ASSUMED NAMES     ASSOCIATED ENTITIES

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| Purple Giraffe Apparel Since 1983 | February 10, 2006 | February 10, 2016 | | Active | All Counties |

[ Order ]  [ Return to Search ]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.



UCC | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800202784 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 13, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13200777905 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | WHITSON WELLS PMG, LLC | | |
| **Address:** | 5019 MCKINNEY AVE STE 100 DALLAS, TX 75205 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Entity Type | Document Description | Filing Date | Entity Filing Number | Jurisdiction | Capacity |
|---|---|---|---|---|---|---|
| There are no documents listed for this entity which match your inquiry. | | | | | | |

[ Order ]  [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT C TO DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS

CASE NO. 3:07-cv-02024-BTM-AJB

1
2
3
4
5
6
7
**EXHIBIT D**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS

CASE NO. 3:07-cv-02024-BTM-AJB



**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**FIND ENTITY NAME SEARCH**

This search was performed on with the following search parameter:

**ENTITY NAME :** purple g

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
| ○ | 125918001 | THE PURPLE GATE | Domestic Nonprofit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 32602200 | PURPLE AND GOLD, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 34534300 | PURPLE & GOLD, INC. | Domestic For-Profit Corporation | Merged | Legal | Inactive |
| ○ | 130914200 | PURPLE AND GOLD CORPORATION | Domestic For-Profit Corporation | Merged | Legal | Inactive |
| ○ | 135757200 | PURPLE GLAZE, INC. | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 123489200 | THE PURPLE GIRAFFE SHIRT COMPANY | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 136811300 | PURPLE, GREEN & MAROON, INC. | Domestic For-Profit Corporation | In existence | Legal | Prior |
| ○ | 153872600 | PURPLE GAME MUSIC, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 143601100 | PROPEL GROUP INC. | Domestic For-Profit Corporation | In existence | Legal | In use |

[ Return to Order ]  [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.



**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 123489200 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | June 11, 1992 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17524328477 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | THE PURPLE GIRAFFE SHIRT COMPANY |
| **Address:** | 3116 COMMERCE SUITE B<br>Dallas, TX 75226-1561 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | **Address** | | | **Inactive Date** | |
| Arlene Ray | 2924 #101 MAIN ST.<br>Dallas, TX 75226 USA | | | | |

[ Order ]  [ Return to Search ]

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT D TO DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
25



**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 123489200 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | June 11, 1992 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17524328477 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | THE PURPLE GIRAFFE SHIRT COMPANY |
| **Address:** | 3116 COMMERCE SUITE B |
| | Dallas, TX 75226-1561 USA |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| N/A | 6330355 | Articles Of Incorporation | June 11, 1992 | June 11, 1992 | No | N/A |
| N/A | 6330356 | Tax Forfeiture | July 26, 1994 | July 26, 1994 | No | N/A |
| N/A | 6330357 | Application For Reinstatement | August 27, 1997 | August 27, 1997 | No | N/A |
| N/A | 6330358 | Tax Forfeiture | February 12, 1999 | February 12, 1999 | No | N/A |
| ☑ | 16693520002 | Reinstatement | September 6, 2002 | September 6, 2002 | No | 1 |
| ☑ | 28797230001 | Public Information Report (PIR) | December 31, 2002 | March 8, 2003 | No | 1 |
| ☑ | 43356170001 | Public Information Report (PIR) | December 31, 2003 | October 1, 2003 | No | 1 |
| ☑ | 82493645441 | Tax Forfeiture | February 11, 2005 | February 11, 2005 | No | 1 |

[Order]  [Return to Search]

Instructions:
• To place an order for additional information about a filing press the 'Order' button.



**Texas Secretary of State**
**Phil Wilson**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 123489200 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | June 11, 1992 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17524328477 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | THE PURPLE GIRAFFE SHIRT COMPANY |
| **Address:** | 3116 COMMERCE SUITE B |
| | Dallas, TX 75226-1561 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| THE PURPLE GIRAFFE SHIRT COMPANY | Inactive | Legal | February 11, 2005 | |
| THE PURPLE GIRAFFE SHIRT COMPANY | Inactive | Legal | February 11, 2005 | 0 |

[ Order ]  [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 123489200 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | June 11, 1992 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17524328477 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | THE PURPLE GIRAFFE SHIRT COMPANY |
| **Address:** | 3116 COMMERCE SUITE B Dallas, TX 75226-1561 USA |

REGISTERED AGENT        FILING HISTORY        NAMES        MANAGEMENT        ASSUMED NAMES        ASSOCIATED ENTITIES

| Last Update | Name | Title | Address |
|---|---|---|---|
| October 1, 2003 | ADRIAN RAY | PRESIDENT | 3116 COMMERCE SUITE B Dallas, TX 75226-1561 USA |
| October 1, 2003 | ADRIAN RAY | DIRECTOR | 3116 COMMERCE SUITE B Dallas, TX 75226-1561 USA |
| October 1, 2003 | WILLIS RAY | VICE PRESIDENT | 1110 DOSS DR Garland, TX 75042 USA |
| October 1, 2003 | WILLIS RAY | DIRECTOR | 1110 DOSS DR Garland, TX 75042 USA |

Order      Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 123489200 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | June 11, 1992 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17524328477 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | THE PURPLE GIRAFFE SHIRT COMPANY |
| **Address:** | 3116 COMMERCE SUITE B |
| | Dallas, TX 75226-1561 USA |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| No names exist for this filing. | | | | | |

[ Order ]  [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.



**Texas Secretary of State**
**Phil Wilson**

**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 123489200 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | June 11, 1992 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17524328477 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | THE PURPLE GIRAFFE SHIRT COMPANY |
| **Address:** | 3116 COMMERCE SUITE B |
| | Dallas, TX 75226-1561 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Entity Type | Document Description | Filing Date | Entity Filing Number | Jurisdiction | Capacity |
|---|---|---|---|---|---|---|
| There are no documents listed for this entity which match your inquiry. | | | | | | |

[Order]  [Return to Search]

Instructions:
• To place an order for additional information about a filing press the 'Order' button.

EXHIBIT D TO DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
30
CASE NO. 3:07-cv-02024-BTM-AJB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT E**

DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS

CASE NO. 3:07-cv-02024-BTM-AJB

113879.000006/.01



**Texas Secretary of State**
**Phil Wilson**

**UCC** | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800202784 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 13, 2003 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13200777905 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | WHITSON WELLS PMG, LLC | | |
| **Address:** | 5019 MCKINNEY AVE STE 100 DALLAS, TX 75205 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| Purple Giraffe Apparel Since 1983 | February 10, 2006 | February 10, 2016 | | Active | All Counties |

[ Order ]  [ Return to Search ]

---

Instructions:
• To place an order for additional information about a filing press the 'Order' button.

EXHIBIT E TO DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS

32

CASE NO. 3:07-cv-02024-BTM-AJB

1
2
3
4
5
6
7                                    **EXHIBIT F**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28     DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS



Procopio
Cory
Hargreaves
& Savitch
Founded 1946   **LLP**

1917 Palomar Oaks Way • Suite 300 • Carlsbad, California 92008-6511
Telephone 760-931-9700 • Fax 760-931-1155
www.procopio.com



John L. Roberts
Direct Dial: (760) 496-0777
E-mail: jlr@procopio.com

April 30, 2007

**VIA FEDEX**

The Purple Giraffe Shirt Company
3116 Commerce Suite B
Dallas, TX 75226-1561

Ms. Arlene Ray
Registered Agent
The Purple Giraffe Shirt Company
2924 #101 Main St.
Dallas, TX 75226

> **Re:     Cease and Desist Patent Infringement**

Dear Purple Giraffe Shirt Company ("Purple G"):

    We enforce the patents of your competitor AddVenture Products, Inc. (AddVenture). As you likely know, AddVenture provides t-shirts, compressed into various promotional shapes, to the advertising specialties industry. Examples of AddVenture's products are shown on its website, http://www.addv.com/.

    It has come to our attention that The Purple Giraffe Shirt Company, doing business under the fictitious names "Purple G" and/or "Purple G Compressed Tees - ASI 80086," has begun offering for sale and/or selling compressed t-shirts to the advertising specialties industry. Purple G's actions violate AddVenture's patents in many respects, and must immediately cease and desist.

    First, many of the compressed shirts being offered and/or sold by Purple G are direct knock-offs of AddVenture's patented shapes. For example, but not by way of limitation, Purple G has been offering and/or selling compressed t-shirts in many of the following forty-five patented shapes (United States Patent number followed by Title):

    1) D471,799  Compressed fabric article package having a simulated doughnut shape
    2) D469,347  Compressed fabric article package having a simulated dollar sign shape
    3) D464,876  Compressed fabric article a package having a USA map shape
    4) D462,610  Compressed fabric article package having a simulated dollar sign shape
    5) D462,261  Compressed fabric article package having a simulated California map shape

EXHIBIT F TO DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
34
CASE NO. 3:07-cv-02024-BTM-AJB

*Downtown Office:* 530 B Street • Suite 2100 • San Diego, California 92101-4469 • Telephone 619-238-1900 • Fax 619-235-0398

**Procopio
Cory
Hargreaves
& Savitch
LLP**

The Purple Giraffe Shirt Company
April 30, 2007
Page 2

6)  D460,350  Compressed fabric article package having a wedge shape
7)  D459,985  Compressed fabric article package having a tooth shape
8)  D459,984  Compressed fabric article package having a bowling pin shape
9)  D456,244  Compressed fabric article package having a flag shape
10) D456,243  Compressed fabric article package having a shield shape
11) D455,646  Compressed fabric article package having a foot shape
12) D455,341  Compressed fabric article package having a shoe shape
13) D455,070  Compressed fabric article package having a soda bottle shape
14) D454,488  Compressed fabric article package having a cross shape
15) D454,298  Compressed fabric article package having a butterfly shape
16) D454,297  Compressed fabric article package having a tractor-trailer shape
17) D454,061  Compressed fabric article package having an apple shape
18) D454,060  Compressed fabric article package having a hammer shape
19) D454,059  Compressed fabric article package having a telephone shape
20) D454,058  Compressed fabric article package having a key shape
21) D452,649  Compressed fabric article package having a helmet shape
22) D451,797  Compressed fabric article package having a simulated doughnut shape
23) D451,796  Compressed fabric article package having a racket shape
24) D451,380  Compressed fabric article package having a screwdriver shape
25) D451,011  Compressed fabric article package having a saw shape
26) D451,010  Compressed fabric article package having a bat shape
27) D451,009  Compressed fabric article package having a simulated capsule shape
28) D449,981  Compressed fabric article package having a simulated rounded star shape
29) D448,989  Compressed fabric article package having a simulated egg shape
30) D445,671  Compressed fabric article package having a simulated necked bottle shape
31) D442,856  Compressed fabric article package having a simulated light bulb shape
32) D442,476  Compressed fabric article package having a simulated [electric] guitar shape
33) D441,282  Compressed fabric article package having a simulated numeral one (1) shape
34) D439,153  Compressed fabric article package having a simulated fish shape
35) D439,152  Compressed fabric article package having a simulated van shape
36) D439,151  Compressed fabric article package having a simulated tractor/semitrailer
       shape
37) D431,774  Compressed fabric article package [having a simulated tree shape]
38) D431,773  Compressed fabric article package [having a simulated airplane shape]
39) D431,456  Compressed fabric article package [having a simulated house shape]
40) D431,187  Compressed fabric article package [having a simulated star shape]
41) D431,186  Compressed fabric article package [having a bulbous shape]
42) D431,185  Compressed fabric article package [having a simulated acoustic guitar shape]
43) D431,184  Compressed fabric article package [having a simulated bottle shape]
44) D423,931  Combination side-by-side package of compressed fabric article and
       companion article  [such as CD(s), DVD(s), VHS tape(s), etc.]
45) D411,799  Combination package of compressed fabric article and companion article
       [such as CD(s), DVD(s), VHS tape(s), etc.]



The Purple Giraffe Shirt Company
April 30, 2007
Page 3

Moreover, the very process by which Purple G's compressed t-shirts are manufactured infringes one or more of AddVenture's utility patents, including United States Patent 5,042,227 ("the '227 patent"). A copy of the '227 patent is attached as Exhibit 1 to the enclosed Complaint AddVenture is asserting against Simply Smashing, Inc. in federal court in California.

Like Simply Smashing, Inc., Purple G's making, using, offering for sale, selling or importing compressed t-shirts – regardless of shape – constitutes, among other things, unlawful patent infringement under 35 U.S.C. § 271. Accordingly, like Simply Smashing, Inc., Purple G must immediately cease and desist its compressed t-shirt business or face a similar federal lawsuit.

Purple G is already subject to serious legal consequences, including: an injunction, pursuant to 35 U.S.C. § 283; disgorgement of the entirety of Purple G's profits, multiplied by three, pursuant to 35 U.S.C. §§ 284 and 289; reimbursement of AddVenture's losses, multiplied by three, pursuant to 35 U.S.C. § 284; and payment of its own and AddVenture's attorneys' fees and court costs (typically tens-of-thousands of dollars for each month of litigation), pursuant to 35 U.S.C. § 285.

To avoid patent infringement litigation against Purple G and its owners and managers (collectively "Purple G"),[1] we demand the following from all persons affiliated with Purple G:

1.      Purple G must immediately cease and desist any manufacturing, use, selling or offering for sale compressed fabric articles, including t-shirts;

2.      Purple G must immediately remove all reference to compressed t-shirts from any and all locations on the internet within Purple G's control;

3.      Purple G must immediately destroy all of its inventory of compressed t-shirts;

4.      Within ten (10) days after receipt of this letter, Purple G must provide us with written assurance that it has complied with all the demands in items 1, 2 and 3 above.

5.      Within ten (10) days after receipt of this letter, Purple G must provide to AddVenture, in care of this firm, financial information sufficient to calculate and verify the profits that Purple G has unlawfully reaped from the infringement of AddVenture's patents. Such information will include, but is not limited to the following:

---

[1] We note that according to the website of the Texas Secretary of State, there is no record of any company called "Purple G," and "The Purple Giraffe Shirt Company" has forfeited its existence as a legal entity separate from its owners and management. Accordingly, if "Purple G" does not comply with AddVenture's demands, AddVenture will be holding Purple G's owners and managers personally liable.

Procopio
Cory
Hargreaves
& Savitch
LLP

The Purple Giraffe Shirt Company
April 30, 2007
Page 4

    a) Reports for all of Purple G's transactions in connection with compressed t-shirts;
    b) List and amount of Purple G's inventory of compressed t-shirts;
    c) List of your distributors or outlets through whom your products are promoted or sold; and
    d) Purple G's Profit and Loss Statements that relate to its compressed t-shirt business.

       The above is without any prejudice to AddVenture's intellectual property rights. If we do not hear from you within the allotted time confirming your compliance with the above demands, we will assume that you are not interested in resolving this matter, and our client will not hesitate to protect its rights.

Sincerely,

John L. Roberts, for
Procopio Cory Hargreaves
& Savitch, LLP

1
2
3
4
5
6
7                                    **EXHIBIT G**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL. OF JOHN ROBERTS IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:07-cv-02024-BTM-AJB



| Home | About | Shapes | F.A.Q. | Contact |

## Contact

This is how you can get in touch with us...

It's a trick...you can't get in touch with us! Contact your promotional product distributor for pricing and other inquiries.








**STOCK SHAPES**

Abstract Blast
Airplane
Beer Bottle
Bolt
Bowtie
Capsule-Hotdog
CD Case
CD Shape Disc
Champagne Bottle
Chocolate Bar
Cowboy Hat
Credit Card
Cylinder (Towel)
Cylinders (Various)
Dog Bone
DVD
Football
Hockey Puck
Horse Shoe
Hot Air Balloon
House
Hummer
Lightbulb
Mini Postcard
Mini Tee
Pint Glass
Postcard
Pringles Can
Race Car
Rectangle Large
Shark
Shield
Surfboard
Texas
Triangle
Truck
Water Bottle
Wedge

**CREATIVE PACKAGING**

Green³
Golf Pack
On-Pack
Tee 'N Chill

Copyright © 2008 PurpleG.