Anthony J. Dain (SBN 098947)
John L. Roberts (SBN 208927)
PROCOPIO, CORY, HARGREAVES
  & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone:  619.238.1900
Facsimile:  619.235.0398
Email: ajd@procopio.com
       jlr@procopio.com

Attorneys for Plaintiff
ADDVENTURE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>           Plaintiff,<br><br>v.<br><br>ROBERT WEINBERG, an individual, WHITSON WELLS PMG, LLC, a Texas Limited Liability Company, and DOES 1-10, collectively d/b/a "Purple G,"<br><br>           Defendants. | CASE NO. 3:07-cv-02024-BTM-AJB<br><br>**DECLARATION OF BRAD WHITE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:  February 1, 2008<br>Time: 11:00 am<br>Ctrm: 15<br>Hon. Barry T. Moskowitz |

DECL. OF BRAD WHITE IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS

CASE NO. 3:07-cv-02024-BTM-AJB

1

113879.000006/.01

1   I, Brad White, declare:

2   1.   I am the Vice President of the Plaintiff in this action, AddVenture Products,
3   Inc. ("AddVenture"), a San Diego company that is located at 9895 Olson Drive, San Diego,
4   California 92121.  I have personal knowledge of the facts set forth in this declaration and if
5   called upon to do so, I could and would testify competently thereto.

6   2.   AddVenture regularly receives direct-advertising email "blasts" from the
7   Defendant(s) in this action, Purple G.  I understand from speaking with people from other
8   California-based ad-specialty businesses, including customers or potential customers of
9   compressed t-shirts, that they also receive these direct-advertising email blasts from Purple G
10  in California.

11  3.   AddVenture owns several web addresses, including www.compresst.com.
12  AddVenture's sales staff, who are located in San Diego, including myself, receive emails sent
13  to "sales@compresst.com."

14  4.   Attached hereto as Exhibit A is a true and correct copy of an email I received
15  in San Diego from Purple G Compressed Tees.

16  5.   Attached hereto as Exhibit B is a true and correct copy of an email I received
17  in San Diego from Purple G Compressed Tees.

18  6.   Attached hereto as Exhibit C is a true and correct copy of an email I received
19  in San Diego from Purple G Compressed Tees.

20  7.   Attached hereto as Exhibit D is a true and correct copy of an email I received
21  in San Diego from Purple G Compressed Tees.

22  8.   Attached hereto as Exhibit E is a true and correct copy of an email I received
23  in San Diego from Purple G Compressed Tees.

24  / / /
25  / / /
26  / / /
27
28  DECL. OF BRAD WHITE IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
    CASE NO. 3:07-cv-02024-BTM-AJB

2

113879.000006/.01

9. I am presently attending the trade show of the Promotional Products Association International (the PPAI trade show) in Las Vegas, Nevada on behalf of AddVenture. I have reviewed this declaration on my computer and authorized AddVenture's attorney, John L. Roberts, to sign it on my behalf since I am away from the office at the trade show and unable to print, fax or scan hard copies of documents.

10. In addition to AddVenture, I have observed that Purple G has a booth at the PPAI trade show where they are displaying compressed t-shirts. This Las Vegas trade show is attended by numerous California-based customers and potential customers of compressed t-shirts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of January, 2008, in Las Vegas, Nevada.

*Brad White /by JLR*

Brad White

---

DECL. OF BRAD WHITE IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:07-cv-02024-BTM-AJB

113879.000006/.01

1
2
3
4
5                              **EXHIBIT A**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28    DECL. OF BRAD WHITE IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
      CASE NO. 3:07-cv-02024-BTM-AJB

4

113879 000006/ 01

**From:** Purple G Compressed Tees [newsletters@purpleg.qm4.net]
**Sent:** Friday, October 26, 2007 2:01 PM
**To:** sales@compresst.com
**Subject:** NOT a Consumer Safety Alert

To continue receiving these messages please add info@purpleg.qm4.net to your address book.
If you can't see this message in full, please visit the online version.

October 26 , 2007



You are subscribed to this newsletter as sales@compresst.com.
If you would like to change your preferences click here.
To unsubscribe from this newsletter click here.

1
2
3
4
5     **EXHIBIT B**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28    DECL. OF BRAD WHITE IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
      CASE NO. 3:07-cv-02024-BTM-AJB

8

113879 000006/ 01

**From:** Purple G Compressed Tees [newsletters@purpleg.qm4.net]
**Sent:** Monday, August 20, 2007 9:15 PM
**To:** sales@compresst.com
**Subject:** We have TWO ship points!!

To continue receiving these messages please add info@purpleg.qm4.net to your address book.
If you can't see this message in full, please visit the online version.

August 20, 2007




**Purple G Compressed Tees** - ASI 80086
3116 Commerce Street, Dallas, TX 75226 - 1905 Elizabeth Ave, Rahway, NJ 07065
214.748.0003 - www.purpleg.com

You are subscribed to this newsletter as sales@compresst.com.
If you would like to change your preferences click here.
To unsubscribe from this newsletter click here.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C**

DECL. OF BRAD WHITE IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:07-cv-02024-BTM-AJB

11

113879 000006/ 01

**From:** Purple G Compressed Tees [newsletters@purpleg.qm4.net]
**Sent:** Wednesday, May 23, 2007 10:04 AM
**To:** sales@compresst.com
**Subject:** Purple Giraffe Gobbles Up Pink Elephant

To continue recieving these messages please add info@purpleg.qm4.net to your address book.
If you can't see this message in full, please visit the online version.

May 23, 2007

# Purple Giraffe Gobbles Up Pink Elephant!



Purple G Compressed Tees of Dallas, TX has purchased PakTites Compressed Products of Rahway, New Jersey. Most of the East Coast will now get next day delivery @ ground rates! In fact, 73% of all U.S. Distributors are now just one-two days ship time via ground service!

**PurpleG Compressed Tees**
ASI# 80086

**FOBNJ FOBTX**

Texas Friendly Service with Delivery in a New York Minute!
(well almost)



**Purple G Compressed Tees** - ASI 80086
3116 Commerce Street, Dallas, TX 75226 - 214.748.0003

You are subscribed to this newsletter as sales@compresst.com.
If you would like to change your preferences click here.
To unsubscribe from this newsletter click here.

EXHIBIT C TO DECL. OF BRAD WHITE IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS

1
2
3
4
5  **EXHIBIT D**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 DECL. OF BRAD WHITE IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:07-cv-02024-BTM-AJB

14

113879 000006/ 01

**From:** Purple G Compressed Tees [newsletters@purpleg.qm4.net]
**Sent:** Monday, July 30, 2007 8:31 PM
**To:** sales@compresst.com
**Subject:** Do we have a deal?

To continue receiving these messages please add info@purpleg.qm4.net to your address book.
If you can't see this message in full, please visit the online version.

July 30, 2007



Get this GREAT aluminum case with pine colored compressed tees including $20.00 insert with your logo.
Price of $50.00 includes ground shipping if ordered by August 15th.



You'll save a suitcase of cash (and time) by using our two easy ship points



**Purple G Compressed Tees** - ASI 80086
**FOB TX:** 3116 Commerce Street, Dallas, TX 75226 - **FOB NJ:** 1905 Elizabeth Ave, Rahway, NJ 07065
214.748.0003 - www.purpleg.com

You are subscribed to this newsletter as sales@compresst.com.
If you would like to change your preferences click here.
To unsubscribe from this newsletter click here.

EXHIBIT D TO DECL. OF BRAD WHITE IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
15

1
2
3
4
5                                    **EXHIBIT E**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   DECL. OF BRAD WHITE IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
     CASE NO. 3:07-cv-02024-BTM-AJB

16

113879 000006/ 01

**From:** Purple G Compressed Tees [purpleg@purpleg.qm4.net]
**Sent:** Tuesday, September 25, 2007 2:03 PM
**To:** sales@compresst.com
**Subject:** You Don't Make Squat on Gift Cards!

To continue receiving these messages please add info@purpleg.qm4.net to your address book.
If you can't see this message in full, please visit the online version.

September 25, 2007





**Purple G Compressed Tees** - ASI 80086
FOB TX: 3116 Commerce Street, Dallas, TX 75226 - FOB NJ: 1905 Elizabeth Ave, Rahway, NJ 07065
214.748.0003 - www.purpleg.com

You are subscribed to this newsletter as sales@compresst.com.
If you would like to change your preferences click here.
To unsubscribe from this newsletter click here.

EXHIBIT E TO DECL. OF BRAD WHITE IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
18

1/14/2008

CASE NO. 3:07-cv-02024