Anthony J. Dain (SBN 098947)
John L. Roberts (SBN 208927)
PROCOPIO, CORY, HARGREAVES
  & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone:  619.238.1900
Facsimile:  619.235.0398
Email: ajd@procopio.com
        jlr@procopio.com

Attorneys for Plaintiff
ADDVENTURE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>ROBERT WEINBERG, an individual, WHITSON WELLS PMG, LLC, a Texas Limited Liability Company, and DOES 1-10, collectively d/b/a "Purple G,"<br><br>            Defendants. | CASE NO. 3:07-cv-02024-BTM-AJB<br><br>**DECLARATION OF ROBERT JONES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:  February 1, 2008<br>Time: 11:00 am<br>Ctrm: 15<br>Hon. Barry T. Moskowitz |

113879.000006/.01

I, Robert Jones, declare:

1.     I am the Vice President of PromoVentures, Inc. ("PromoVentures"), a full service logo branding company based in San Diego, California, at 5266 Eastgate Mall, 92121. Among other things, PromoVentures specializes in providing upscale logo apparel, premium promotional products and integrated branding solutions, including compressed t-shirts that we outsource. I have personal knowledge of the facts set forth in this declaration and if called upon to do so, I could and would testify competently thereto.

2.     On or about March 27, 2007, while in San Diego, California, I contacted a company called Purple G that was advertising compressed t-shirts online at www.purpleg.com. I sent an email to "info@purpleG.com" asking for a quote on t-shirts compressed into the shape of a wine bottle. On or shortly before April 5, 2007, I received an email response from "helpme@whitsonwells.com" requesting more information. The person using the "helpme@whitsonwells.com" email address used the name Michelle LaBruyere. I corresponded further with her, and spoke with her on the phone. I explained that I was located in San Diego, California, and that the quote would be for shipping compressed t-shirts to ~~me~~ in ~~San Diego~~. Later on April 5, 2007, she sent me by email, from *Client. Napa* "helpme@whitsonwells.com," several quotations labeled "order confirmation / paper proof for wine bottle contract" for t-shirts compressed into the shape of a wine bottle. These quotations said "Purple G Compressed Tees" across the top. Attached hereto as Exhibit A is a true and correct copy of my email correspondence with Purple G / Whitsonwells, including the quotations.

///
///
///
///
///

-2-
DECL. OF ROBERT JONES IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:07-cv-02024-BTM-AJB

113879.000006/.01

1          3.       During my phone communications with Michelle LaBruyere she indicated that

2     she would send me samples of Purple G's compressed t-shirts.  On or about August 30, 2007,

3     I received in San Diego a box from Purple G that included four compressed t-shirts, including

4     one compressed into the shape of a beer bottle.  The box indicated that it was sent via DHL

5     by Nylie Ridge of Purple G to me at 5266 Eastgate Mall, San Diego, California 92121.

6

7          I declare under penalty of perjury under the laws of the United States of America that

8     the foregoing is true and correct.

9

10                                Executed this 17th day of January, 2008, in San Diego, California.

11

12

13                                                                     Robert Jones

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                          -3-

28     DECL. OF ROBERT JONES IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
                                                CASE NO. 3:07-cv-02024-BTM-AJB

113879.000006/.01

1

2

3

4

5                            **EXHIBIT A**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

**Subject:** RUFFLE Compressed Tees PurpleG.com Are you wearing a Purple G?
**From:** Robert Jones <robertjones29@yahoo.com>
**Date:** Wed, 16 Jan 2008 13:19:35 -0800 (PST)
**To:** robert@promoventures.com

----- Forwarded Message ----
From: Robert Jones <robertjones29@yahoo.com>
To: ▮▮▮▮▮▮▮▮▮
Cc: Tony Matiya <tony@promoventures.com>
Sent: Thursday, April 5, 2007 4:21:45 PM
Subject: PurpleNurples quote

Note: forwarded message attached.

---

TV dinner still cooling?
Check out "Tonight's Picks" on Yahoo! TV.

-----Inline Message Follows-----

Rob,
Here are several quotes; the ones for compression only start with WBC and the turnkey quotes begin with WBT.

Please contact me if you have any questions.

Thanks for your interest!
Michelle

---

**From:** Robert Jones [mailto:robertjones29@yahoo.com]
**Sent:** Thursday, April 05, 2007 11:40 AM
**To:** Michelle LaBruyere
**Subject:** RE: Quote for wineries?

Michelle,

The print on the front is a small left chest print.  The print on the back is a photographic image of a vineyard scene.  This is a sumemr promotion, so the client would need these in late May.

Rob

*Michelle LaBruyere < helpme@whitsonwells.com > wrote:*
Robert,
I apologize for not getting back with you sooner.  I'd like to know a little more about the job.  Is the front a full front or something small like a left chest imprint?  Also what is your in hands date or an estimate on that.  If you can give me this I can have your quote to you today.

Thanks so much,
Michelle

---

EXHIBIT A TO DECLARATION OF ROBERT JONES IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
5

**From:** Robert Jones [mailto:]
**Sent:** Tuesday, March 27, 2007 12:38 PM
**To:** info@purpleG.com
**Subject:** Quote for wineries?

Hello,

My name is Rob and I need a quote on 1,000 3,000 and 5,000 compressed T-shirts, in the shape of a wine bottle. I have been using a screen printer in Sacramento, so I can send you screen printed T-shirts or you can quote me on the whole job. They would need to be white 6oz tees (Hanes or Gildan, with a 2 color print on the front and a 4 color process print on the back). The insert card will be an image of a new wine coming out this summer. Sizes will be XL only. Thanks!

Robert Jones

---

No need to miss a message. Get email on-the-go
with Yahoo! Mail for Mobile . Get started.
--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 268.18.18/734 - Release Date: 3/26/2007 2:31 PM

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 268.18.25/745 - Release Date: 4/3/2007 12:48 PM

---

Don't pick lemons.
See all the new 2007 cars at Yahoo! Autos.
Rob,
Here are several quotes; the ones for compression only start with WBC and the turnkey quotes begin with WBT.

Please contact me if you have any questions.

Thanks for your interest!
Michelle

---

**From:** Robert Jones [mailto:robertjones29@yahoo.com]
**Sent:** Thursday, April 05, 2007 11:40 AM
**To:** Michelle LaBruyere
**Subject:** RE: Quote for wineries?

Michelle,

The print on the front is a small left chest print. The print on the back is a photographic image of a vineyard scene. This is a sumemr promotion, so the client would need these in late May.

Rob

***Michelle LaBruyere < helpme@whitsonwells.com > wrote:***
Robert,

I apologize for not getting back with you sooner.  I'd like to know a little more about the job.  Is the front a full front or something small like a left chest imprint?  Also what is your in hands date or an estimate on that.  If you can give me this I can have your quote to you today.

Thanks so much,
Michelle

---

**From:** Robert Jones [mailto:]
**Sent:** Tuesday, March 27, 2007 12:38 PM
**To:** info@purpleG.com
**Subject:** Quote for wineries?

Hello,

My name is Rob and I need a quote on 1,000 3,000 and 5,000 compressed T-shirts, in the shape of a wine bottle.  I have been using a screen printer in Sacremento, so I can send you screen printed T-shirts or you can quote me on the whole job.  They would need to be white 6oz tees (Hanes or Gildan, with a 2 color print on the front and a 4 color process print on the back).  The insert card will be an image of a new wine coming out this summer.  Sizes will be XL only. Thanks!

Robert Jones

---

No need to miss a message. Get email on-the-go
with Yahoo! Mail for Mobile . Get started.
--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 268.18.18/734 - Release Date: 3/26/2007 2:31 PM

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 268.18.25/745 - Release Date: 4/3/2007 12:48 PM

---

Don't pick lemons.
See all the new 2007 cars at Yahoo! Autos.

-----Inline Attachment Follows-----

• PURPLE G••
Compressed Tees••
PurpleG.com••Are you
wearing a Purple G?

**ORDER CONFIRMATION / PAPER PROOF**
**FOR**
**WINE BOTTLE CONTRACT**
Order Name:

**\*\*PLEASE READ CAREFULLY!!\*\***

EXHIBIT A TO DECLARATION OF ROBERT JONES IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
7

Your order will be produced per this paper proof.
Please notify us of all necessary changes now.

| **Customer Details** | Contact: | **Robert Jones** | Phone: | |
| | Email: | **robertjones29@yahoo.com** | Fax: | |
| | Direct Address: | | Billing Address: | |

**Order Details**

Client PO#:                                    Quote#:**WBC407ML**
Order #:                                       Sales Rep:**MICHELLE**

Ship Date:              ***SPECIAL NOTES***        Ship To:
In Hands Date:
Proof Date:
Ship Method:        **CONTRACT COMPRESSION ONLY**

**Shirt Details**

Brand/Weight:**6OZ**_____

Total Qty:____**1000**____

**Sizes:** Small_____  Medium_____  Large_____  Xlarge_**1000**_  2X_____  3X_____

Location #1:**FRONT**_____  Size:_____  PMS:_____

Location #2:**BACK**_____  Size:_____  PMS:_____

Location #3:_____  Size:_____  PMS:_____

Location #4:_____  Size:_____  PMS:_____

Art Memo:_____

**Insert Details**

SHAPE _____**WINE BOTTLE**_____

**Mulitiple Insert Cards**

Insert Art #1:**WINE BOTTLE**    Insert Art #2:_____    Insert Art #3:_____

Insert Memo: _____

| **Pricing** | Color(s) | **$24.00** | / color= | **$0.00** | SIGNATURE OF APPROVAL | |
| | **1000**Shirts x | **$1.50** | / Shirt = | **$1,500.00** | X | |
| | | | Pre-Production Proof Cost | **$20.00** | | **DATE** |
| | | | **Additional Charges** | | BY SIGNING HERE, YOU CERTIFY THAT ALL INFORMATION STATED IS | |
| | | | **Additional Charges** | | CORRECT. ONCE WE RECEIVE THIS FAX | |
| | | | Total for Order | **$1,520.00** | BACK FROM YOU, WE WILL BEGIN | |
| | | | Deposit | | PRE-PRODUCTION ON YOUR ORDER. | |
| | | | Total Balance Due | **$1,520.00** | | |
| | | | | | FAX BACK TO (214)722-0155 | |

**Quote is only on the information we have available.
**Quotes are good for 30 days.
**Quotes are subject to change without exact artwork to be used.

EXHIBIT A TO DECLARATION OF ROBERT JONES IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
8

-----Inline Attachment Follows-----

- PURPLE G●●
  Compressed Tees●●
  PurpleG.com●●Are you
  wearing a Purple G?

## ORDER CONFIRMATION / PAPER PROOF
## FOR
## WINE BOTTLE CONTRACT
Order Name:

### **PLEASE READ CAREFULLY!!**

Your order will be produced per this paper proof.
Please notify us of all necessary changes now.

| **Customer Details** | Contact: | **Robert Jones** | Phone: | |
| | Email: | robertjones29@yahoo.com | Fax: | |
| | Direct Address: | | Billing Address: | |

**Order Details**

Client PO#:                                          Quote#:**WBC407ML**
Order #:                                              Sales Rep:**MICHELLE**

Ship Date:              *SPECIAL NOTES*        Ship To:
In Hands Date:
Proof Date:
Ship Method:        **CONTRACT COMPRESSION ONLY**

**Shirt Details**

Brand/Weight:____**60/7**_____

Total Qty:____**3000**_____

**Sizes:**  Small_____   Medium_____      Large_____   Xlarge_**3000**__  2X_____   3X_____

Location #1:**FRONT**_____        Size:_____   PMS:_____

Location #2:**BACK**_____         Size:_____   PMS:_____

Location #3:_____         Size:_____   PMS:_____

Location #4:_____         Size:_____   PMS:_____

Art Memo:_____

**Insert Details**

SHAPE _____**WINE BOTTLE**_____

### Mulitiple Insert Cards

Insert Art #1:**WINE BOTTLE**        Insert Art #2:                    Insert Art #3:

EXHIBIT A TO DECLARATION OF ROBERT JONES IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
9

Insert Memo: _____

| Pricing | Color(s) **$24.00** / color= **$0.00** | SIGNATURE OF APPROVAL | |
|---|---|---|---|
| | **3000** Shirts x **$1.00** / Shirt = **$3,000.00** | X | DATE |
| | Pre-Production Fee **$20.00** cost | BY SIGNING HERE, YOU CERTIFY THAT ALL INFORMATION STATED IS CORRECT. ONCE WE RECEIVE THIS FAX BACK FROM YOU, WE WILL BEGIN PRE-PRODUCTION ON YOUR ORDER. | |
| | **Additional Charges** | | |
| | **Additional Charges** | | |
| | Total for Order **$3,020.00** | | |
| | Deposit | | |
| | Total Balance Due **$3,020.00** | | |
| | | FAX BACK TO (214)722-0155 | |

**Quote is only on the information we have available.
**Quotes are good for 30 days.
**Quotes are subject to change without exact artwork to be used.


-----Inline Attachment Follows-----

> • PURPLE G • •
> Compressed Tees • •
> PurpleG.com • • Are you
> wearing a Purple G?

### ORDER CONFIRMATION / PAPER PROOF
### FOR
### WINE BOTTLE CONTRACT
Order Name:

### **PLEASE READ CAREFULLY!!**

Your order will be produced per this paper proof.
Please notify us of all necessary changes now.

| **Customer Details** | Contact: **Robert Jones** | Phone: |
|---|---|---|
| | Email: **robertjones29@yahoo.com** | Fax: |
| | Direct Address: | Billing Address: |

| **Order Details** | Client PO#: | Quote#: **WBC407ML** |
|---|---|---|
| | Order #: | Sales Rep: **MICHELLE** |
| Ship Date: | *SPECIAL NOTES* | Ship To: |
| In Hands Date: | | |
| Proof Date: | **CONTRACT COMPRESSION ONLY** | |
| Ship Method: | | |

| **Shirt Details** | Brand/Weight: **60z** |
|---|---|
| | Total Qty: **5000** |

EXHIBIT A TO DECLARATION OF ROBERT JONES IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
10

CASE NO. 3:07-cv-02024-BTM-AJB

Sizes: Small_____    Medium_____    Large_____    Xlarge **5000**  2X_____  3X_____

Location #1:**FRONT**_____    Size:_____    PMS:_____

Location #2:**BACK**_____    Size:_____    PMS:_____

Location #3:_____    Size:_____    PMS:_____

Location #4:_____    Size:_____    PMS:_____

Art Memo:_____

**Insert Details**    SHAPE ____**WINE BOTTLE**____

**Mulitiple Insert Cards**

Insert Art #1:**WINE BOTTLE**    Insert Art #2:_____    Insert Art #3:____

Insert Memo: _____

| Pricing | | | | SIGNATURE OF APPROVAL | |
|---|---|---|---|---|---|
| | Color(s) | **$24.00** / color= | **$0.00** | | |
| | **5000** Shirts x | **$0.90** / Shirt = | **$4,500.00** | X | DATE |
| | | Pre-Production Proof Cost | **$20.00** | BY SIGNING HERE, YOU CERTIFY THAT ALL INFORMATION STATED IS CORRECT. ONCE WE RECEIVE THIS FAX BACK FROM YOU, WE WILL BEGIN PRE-PRODUCTION ON YOUR ORDER. | |
| | | **Additional Charges** | | | |
| | | **Additional Charges** | | | |
| | | Total for Order | **$4,520.00** | | |
| | | Deposit | | | |
| | | Total Balance Due | **$4,520.00** | | |
| | | | | FAX BACK TO (214)722-0155 | |

**Quote is only on the information we have available.
**Quotes are good for 30 days.
**Quotes are subject to change without exact artwork to be used.

-----Inline Attachment Follows-----

PURPLE G●●
Compressed Tees●●
PurpleG.com●●Are you
wearing a Purple G?

**ORDER CONFIRMATION / PAPER PROOF
FOR
WINE BOTTLE CONTRACT**
Order Name:

**PLEASE READ CAREFULLY!!**

Your order will be produced per this paper proof.
Please notify us of all necessary changes now.

| **Customer** | Contact: | **Robert Jones** | Phone: |
|---|---|---|---|
| | Email: | **robertjones29@yahoo.com** | Fax: |

EXHIBIT A TO DECLARATION OF ROBERT JONES IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
11

CASE NO. 3:07-cv-02024-BTM-AJB
1/16/2008 1:56 PM

**Details**

Direct Address:                                    Billing Address:

_____

**Order Details**

Client PO#:                                    Quote#:**WBT407ML**
Order #:                                        Sales Rep:**MICHELLE**

Ship Date:            ***SPECIAL NOTES***              Ship To:
In Hands Date:
Proof Date:
Ship Method:

_____

**Shirt Details**

Brand/Weight:**6071 WHITE**_____

Total Qty:____**1000**_____

**Sizes:** Small_____  Medium_____    Large_____  Xlarge**1000**  2X_____  3X_____

_____

Location #1:**FRONT**_____    Size:_____    PMS:_____

Location #2:**BACK**_____    Size:_____    PMS:_____

Location #3:_____    Size:_____    PMS:_____

Location #4:_____    Size:_____    PMS:_____

Art Memo:_____

_____

**Insert Details**

SHAPE _____**WINE BOTTLE**_____

**Mulitible Insert Cards**

Insert Art #1:**WINE BOTTLE**    Insert Art #2:_____    Insert Art #3:_____

Insert Memo:  _____

| Pricing | | | | |
|---|---|---|---|---|
| **3**Color(s) | **$24.00** / color= | **$72.00** | SIGNATURE OF APPROVAL | |
| **1000**Shirts x | **$4.46** / Shirt = | **$4,460.00** | X | DATE |
| | Pre-Production Fee= | **$20.00**ost | BY SIGNING HERE, YOU CERTIFY THAT | |
| | **Additional Charges** | | ALL INFORMATION STATED IS | |
| | **Additional Charges** | | CORRECT. ONCE WE RECEIVE THIS FAX | |
| | Total for Order | **$4,552.00** | BACK FROM YOU, WE WILL BEGIN | |
| | Deposit | | PRE-PRODUCTION ON YOUR ORDER. | |
| | Total Balance Due | **$4,552.00** | | |
| | | | FAX BACK TO (214)722-0155 | |

**Quote is only on the information we have available.
**Quotes are good for 30 days.
**Quotes are subject to change without exact artwork to be used.

-----Inline Attachment Follows-----

EXHIBIT A TO DECLARATION OF ROBERT JONES IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
12

-----Inline Attachment Follows-----

- PURPLE G●●
  Compressed Tees●●
  PurpleG.com●●Are you
  wearing a Purple G?

### ORDER CONFIRMATION / PAPER PROOF
### FOR
### WINE BOTTLE CONTRACT
Order Name:

### **PLEASE READ CAREFULLY!!**

Your order will be produced per this paper proof.
Please notify us of all necessary changes now.

| **Customer Details** | Contact: | **Robert Jones** | Phone: | |
| | Email: | **robertjones29@yahoo.com** | Fax: | |
| | Direct Address: | | Billing Address: | |

| **Order Details** | Client PO#: | | Quote#: | **WBT407ML** |
| | Order #: | | Sales Rep: | **MICHELLE** |
| Ship Date: | | *SPECIAL NOTES* | Ship To: | |
| In Hands Date: | | | | |
| Proof Date: | | | | |
| Ship Method: | | | | |

**Shirt Details**   Brand/Weight: **6OZ WHITE**

Total Qty: **5000**

**Sizes:** Small_____  Medium_____   Large_____  Xlarge **5000**  2X_____  3X_____

Location #1: **FRONT**_____   Size:_____   PMS:_____

Location #2: **BACK**_____   Size:_____   PMS:_____

Location #3:_____   Size:_____   PMS:_____

Location #4:_____   Size:_____   PMS:_____

Art Memo:_____

**Insert Details**   SHAPE _____ **WINE BOTTLE**_____

### Mulitiple Insert Cards

Insert Art #1: **WINE BOTTLE**    Insert Art #2:    Insert Art #3:

Insert Memo: _____

| Pricing | | | | |
|---|---|---|---|---|
| **3** Color(s) | **$24.00** / color= | **$72.00** | SIGNATURE OF APPROVAL | |
| **5000** Shirts x | **$3.13** / Shirt = | **$15,650.00** | X | DATE |
| | Pre-Production Post | **$20.00** | BY SIGNING HERE, YOU CERTIFY THAT ALL INFORMATION STATED IS CORRECT. ONCE WE RECEIVE THIS FAX BACK FROM YOU, WE WILL BEGIN PRE-PRODUCTION ON YOUR ORDER. | |
| | **Additional Charges** | | | |
| | **Additional Charges** | | | |
| | Total for Order | $15,742.00 | | |
| | Deposit | | | |
| | Total Balance Due | $15,742.00 | FAX BACK TO (214)722-0155 | |

**\*\*Quote is only on the information we have available.**
**\*\*Quotes are good for 30 days.**
**\*\*Quotes are subject to change without exact artwork to be used.**

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

## ORDER CONFIRMATION / PAPER PROOF
### FOR
### WINE BOTTLE CONTRACT
Order Name:

### **\*\*PLEASE READ CAREFULLY!!\*\***

Your order will be produced per this paper proof.
Please notify us of all necessary changes now.

| **Customer Details** | | |
|---|---|---|
| | Contact: **Robert Jones** | Phone: |
| | Email: **robertjones29@yahoo.com** | Fax: |
| | Direct Address: | Billing Address: |

| **Order Details** | | |
|---|---|---|
| | Client PO#: | Quote#: **WBC407ML** |
| | Order #: | Sales Rep: **MICHELLE** |
| Ship Date: | **\*SPECIAL NOTES\*** | Ship To: |
| In Hands Date: | | |
| Proof Date: | **CONTRACT COMPRESSION ONLY** | |
| Ship Method: | | |

**Shirt Details**

Brand/Weight: **907** _____

Total Qty: **1000** _____

| Sizes: | Small _____ | Medium _____ | Large _____ | Xlarge **1000** | 2X ____ | 3X ____ |
|---|---|---|---|---|---|---|

| Location #1: **FRONT** _____ | Size: _____ | PMS: _____ |
|---|---|---|
| Location #2: **BACK** _____ | Size: _____ | PMS: _____ |
| Location #3: _____ | Size: _____ | PMS: _____ |

EXHIBIT A TO DECLARATION OF ROBERT JONES IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
15

Location #4:_____    Size:_____    PMS:_____

Art Memo:_____

| **Insert Details** | SHAPE _____ **WINE BOTTLE** _____ |
|---|---|

**Mulitiple Insert Cards**

Insert Art #1:**WINE BOTTLE**    Insert Art #2:_____    Insert Art #3:_____

Insert Memo:_____

| **Pricing** | Color(s) **$24.00** / color= **$0.00** | SIGNATURE OF APPROVAL | |
|---|---|---|---|
| | **1000** Shirts x **$1.50** / Shirt = **$1,500.00** | X | DATE |
| | Pre-Production Pr**$20.00**ost | BY SIGNING HERE, YOU CERTIFY THAT ALL INFORMATION STATED IS CORRECT. ONCE WE RECEIVE THIS FAX BACK FROM YOU, WE WILL BEGIN PRE-PRODUCTION ON YOUR ORDER. | |
| | Additional Charges | | |
| | Additional Charges | | |
| | Total for Order **$1,520.00** | | |
| | Deposit | | |
| | Total Balance **$1,520.00** | FAX BACK TO (214)722-0155 | |

**Quote is only on the information we have available.
**Quotes are good for 30 days.
**Quotes are subject to change without exact artwork to be used.

---

### ORDER CONFIRMATION / PAPER PROOF
### FOR
### WINE BOTTLE CONTRACT
Order Name:

### **PLEASE READ CAREFULLY!!**

Your order will be produced per this paper proof.
Please notify us of all necessary changes now.

---

| **Customer Details** | Contact:   **Robert Jones** | Phone: |
|---|---|---|
| | Email:   robertjones29@yahoo.com | Fax: |
| | Direct Address: | Billing Address: |

---

| **Order Details** | Client PO#: | Quote#:**WBC407ML** |
|---|---|---|
| | Order #: | Sales Rep:**MICHELLE** |
| Ship Date: | *SPECIAL NOTES* | Ship To: |
| In Hands Date: | | |
| Proof Date: | **CONTRACT COMPRESSION ONLY** | |
| Ship Method: | | |

---

| **Shirt Details** | Brand/Weight:**60/7**_____ |
|---|---|
| | Total Qty:   **3000** |

**Sizes:** Small_____   Medium_____   Large_____   Xlarge **3000**   2X_____   3X_____

Location #1:**FRONT**_____    Size:_____    PMS:_____

EXHIBIT A TO DECLARATION OF ROBERT JONES IN OPP. TO DEFENDANTS' MOTIONS TO DISMISS
16

Location #2: **BACK**_____ Size:_____ PMS:_____

Location #3:_____ Size:_____ PMS:_____

Location #4:_____ Size:_____ PMS:_____

Art Memo:_____

| Insert Details | SHAPE_____**WINE BOTTLE**_____ |
|---|---|

**Mulitiple Insert Cards**

Insert Art #1: **WINE BOTTLE**      Insert Art #2:_____      Insert Art #3:_____

Insert Memo:_____

| Pricing | | | | SIGNATURE OF APPROVAL | |
|---|---|---|---|---|---|
| | Color(s) | **$24.00** / color= | **$0.00** | X | |
| | **3000** Shirts x | **$1.00** / Shirt = | **$3,000.00** | | **DATE** |
| | | Pre-Production Ready Cost | **$20.00** | BY SIGNING HERE, YOU CERTIFY THAT ALL INFORMATION STATED IS | |
| | | **Additional Charges** | | CORRECT. ONCE WE RECEIVE THIS FAX | |
| | | **Additional Charges** | | BACK FROM YOU, WE WILL BEGIN | |
| | | Total for Order | **$3,020.00** | PRE-PRODUCTION ON YOUR ORDER. | |
| | | Deposit | | | |
| | | Total Balance Due | **$3,020.00** | | |
| | | | | FAX BACK TO (214)722-0155 | |

**Quote is only on the information we have available.

**Quotes are good for 30 days.

**Quotes are subject to change without exact artwork to be used.

---

**ORDER CONFIRMATION / PAPER PROOF**
**FOR**
**WINE BOTTLE CONTRACT**
Order Name:

**\*\*PLEASE READ CAREFULLY!!\*\***

Your order will be produced per this paper proof.
Please notify us of all necessary changes now.

| Customer Details | Contact: **Robert Jones** | Phone: |
|---|---|---|
| | Email: **robertjones29@yahoo.com** | Fax: |
| | Direct Address: | Billing Address: |

| Order Details | Client PO#: | Quote#: **WBC407ML** |
|---|---|---|
| | Order #: | Sales Rep: **MICHELLE** |
| Ship Date: | **\*SPECIAL NOTES\*** | Ship To: |
| In Hands Date: | | |
| Proof Date: | | |
| Ship Method: | **CONTRACT COMPRESSION ONLY** | |

| Shirt Details | Brand/Weight: **60Z**_____ |
|---|---|
| | Total Qty: **5000** |

**Sizes:** Small      Medium      Large      Xlarge **5000**   2X      3X

Location #1:**FRONT**_____ Size:_____ PMS:_____

Location #2:**BACK**_____ Size:_____ PMS:_____

Location #3:_____ Size:_____ PMS:_____

Location #4:_____ Size:_____ PMS:_____

Art Memo:_____

| **Insert Details** | SHAPE _____**WINE BOTTLE**_____ |
|---|---|

**Mulitiple Insert Cards**

Insert Art #1:**WINE BOTTLE**        Insert Art #2:_____        Insert Art #3:_____

Insert Memo: _____

| **Pricing** | Color(s) | **$24.00** | / color= | **$0.00** | SIGNATURE OF APPROVAL | |
|---|---|---|---|---|---|---|
| | **5000** Shirts x | **$0.90** | / Shirt = | **$4,500.00** | X | DATE |
| | | | Pre-Production P**$20.00**ost | | BY SIGNING HERE, YOU CERTIFY THAT ALL INFORMATION STATED IS CORRECT. ONCE WE RECEIVE THIS FAX BACK FROM YOU, WE WILL BEGIN PRE-PRODUCTION ON YOUR ORDER. | |
| | **Additional Charges** | | | | | |
| | **Additional Charges** | | | | | |
| | | | Total for Order | $4,520.00 | | |
| | | | Deposit | | | |
| | | | Total Balance Due | $4,520.00 | | |
| | | | | | FAX BACK TO (214)722-0155 | |

**Quote is only on the information we have available.

**Quotes are good for 30 days.

**Quotes are subject to change without exact artwork to be used.

Total Qty: **1000**

**Sizes:** Small_____  Medium_____    Large_____  Xlarge **1000**  2X_____  3X_____

Location #1:**FRONT**_____    Size:_____    PMS:_____

Location #2:**BACK**_____    Size:_____    PMS:_____

Location #3:_____    Size:_____    PMS:_____

Location #4:_____    Size:_____    PMS:_____

Art Memo:_____

**Insert Details**    SHAPE _____ **WINE BOTTLE** _____

**Mulitiple Insert Cards**

Insert Art #1:**WINE BOTTLE**    Insert Art #2:_____    Insert Art #3:_____

Insert Memo: _____

| **Pricing** | **3** Color(s) | **$24.00** | / color= | **$72.00** | SIGNATURE OF APPROVAL | |
|---|---|---|---|---|---|---|
| | **1000** Shirts x | **$4.46** | / Shirt = | **$4,460.00** | X | DATE |
| | | | Pre-Production Fee Cost | **$20.00** | BY SIGNING HERE, YOU CERTIFY THAT ALL INFORMATION STATED IS CORRECT. ONCE WE RECEIVE THIS FAX BACK FROM YOU, WE WILL BEGIN PRE-PRODUCTION ON YOUR ORDER. | |
| | | | **Additional Charges** | | | |
| | | | **Additional Charges** | | | |
| | | | Total for Order | $4,552.00 | | |
| | | | Deposit | | | |
| | | | Total Balance Due | $4,552.00 | | |
| | | | | | FAX BACK TO (214)722-0155 | |

\*\*Quote is only on the information we have available.

\*\*Quotes are good for 30 days.

\*\*Quotes are subject to change without exact artwork to be used.

Proof Date:
Ship Method:

**Shirt Details**

Brand/Weight: **60Z WHITE**

Total Qty: **3000**

**Sizes:** Small_____ Medium_____ Large_____ Xlarge **3000** 2X_____ 3X_____

Location #1: **FRONT**          Size:_____ PMS:_____

Location #2: **BACK**           Size:_____ PMS:_____

Location #3:_____     Size:_____ PMS:_____

Location #4:_____     Size:_____ PMS:_____

Art Memo:_____

**Insert Details**

SHAPE _____ **WINE BOTTLE** _____

**Mulitiple Insert Cards**

Insert Art #1: **WINE BOTTLE**    Insert Art #2:_____    Insert Art #3:_____

Insert Memo:_____

| **Pricing** | | | |
|---|---|---|---|
| **3** Color(s) | **$24.00** | / color= | **$72.00** |
| **3000** Shirts x | **$3.96** | / Shirt = | **$11,880.00** |
| | | Pre-Production Print Cost | **$20.00** |
| | | **Additional Charges** | |
| | | **Additional Charges** | |
| | | Total for Order | **$11,972.00** |
| | | Deposit | |
| | | Total Balance Due | **$11,972.00** |

SIGNATURE OF APPROVAL

X

DATE

BY SIGNING HERE, YOU CERTIFY THAT ALL INFORMATION STATED IS CORRECT. ONCE WE RECEIVE THIS FAX BACK FROM YOU, WE WILL BEGIN PRE-PRODUCTION ON YOUR ORDER.

FAX BACK TO (214)722-0155

\*\*Quote is only on the information we have available.
\*\*Quotes are good for 30 days.
\*\*Quotes are subject to change without exact artwork to be used.

Order #:         Sales Rep: **MICHELLE**

Ship Date:       **\*SPECIAL NOTES\***      Ship To:
In Hands Date:
Proof Date:
Ship Method:

---

**Shirt Details**

Brand/Weight: **80/1 WHITE**

Total Qty: **5000**

**Sizes:** Small_____   Medium_____     Large_____   Xlarge **5000**   2X_____   3X_____

---

Location #1: **FRONT**        Size:_____      PMS:_____

Location #2: **BACK**        Size:_____      PMS:_____

Location #3:_____      Size:_____      PMS:_____

Location #4:_____      Size:_____      PMS:_____

Art Memo:_____

---

**Insert Details**

SHAPE _____ **WINE BOTTLE** _____

**Mulitiple Insert Cards**

Insert Art #1: **WINE BOTTLE**     Insert Art #2:_____     Insert Art #3:_____

Insert Memo: _____

---

| Pricing | | | |
|---|---|---|---|
| **3** Color(s) | **$24.00** / color= | **$72.00** | SIGNATURE OF APPROVAL |
| **5000** Shirts x | **$3.13** / Shirt = | **$15,650.00** | X      DATE |
| | Pre-Production Rerun Cost | **$20.00** | BY SIGNING HERE, YOU CERTIFY THAT ALL INFORMATION STATED IS |
| | **Additional Charges** | | CORRECT. ONCE WE RECEIVE THIS FAX |
| | **Additional Charges** | | BACK FROM YOU, WE WILL BEGIN |
| | Total for Order | **$15,742.00** | PRE-PRODUCTION ON YOUR ORDER. |
| | Deposit | | |
| | Total Balance Due | **$15,742.00** | FAX BACK TO (214)722-0155 |

\*\*Quote is only on the information we have available.
\*\*Quotes are good for 30 days.
\*\*Quotes are subject to change without exact artwork to be used.

| | |
|---|---|
| **WBC_4-7-07_1000.htm** | **Content-Type:** text/html  **Content-Encoding:** quoted-printable |

| | |
|---|---|
| **WBC_4-7-07_3000.htm** | **Content-Type:** text/html  **Content-Encoding:** quoted-printable |

| | |
|---|---|
| **WBC_4-7-07_5000.htm** | **Content-Type:** text/html  **Content-Encoding:** quoted-printable |

| | |
|---|---|
| **WBT_4-7-07_1000.htm** | **Content-Type:** text/html  **Content-Encoding:** quoted-printable |

| | Content-Type: | text/html |
|---|---|---|
| **WBT_4-7-07_3000.htm** | **Content-Encoding:** | quoted-printable |

| | Content-Type: | text/html |
|---|---|---|
| **WBT_4-7-07_5000.htm** | **Content-Encoding:** | quoted-printable |