Anthony J. Dain (SBN 098947)
John L. Roberts (SBN 208927)
PROCOPIO, CORY, HARGREAVES
 & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone:  619.238.1900
Facsimile:  619.235.0398
Email: ajd@procopio.com
       jlr@procopio.com

Attorneys for Plaintiff
ADDVENTURE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT WEINBERG, an individual, WHITSON WELLS PMG, LLC, a Texas Limited Liability Company, and DOES 1-10, collectively d/b/a "Purple G,"<br><br>　　　　Defendants. | CASE NO. 3:07-cv-02024-BTM-AJB<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  February 1, 2008<br>Time:  11:00 am<br>Ctrm:  15<br>Hon. Barry T. Moskowitz |
|---|---|

CERTIFICATE OF SERVICE

CASE NO. 3:07-cv-02024-BTM-AJB

113879.000006/.01

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing:

- MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS WHITSON WELLS PMG LLC AND PURPLE G MOTION TO DISMISS

- MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT ROBERT WEINBERG'S MOTION TO DISMISS

- DECLARATION OF JOHN ROBERTS IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

- DECLARATION OF BRAD WHITE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

- DECLARATION OF ROBERT JONES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

were served on January 18, 2008 upon the following counsel of record by electronic mail delivery through the Court's docketing and notification system:

>Douglas A Pettit
>Pettit Kohn Ingrassia & Lutz PC
>12250 El Camino Real
>Suite 350
>San Diego, CA 92130
>(858)755-8500
>Fax: (858)755-8504
>Email: DPettit@PettitKohn.com
>LEAD ATTORNEY
>ATTORNEY TO BE NOTICED
>
>D. Scott Hemingway
>Hemingway & Hansen, LLP
>1717 Main Street
>Suite 2500
>Dallas, TX 75201
>(214)292-8301
>Fax: (214)739-5209
>Email: shemingway@hemlaw.org
>ATTORNEY TO BE NOTICED

/s/John L. Roberts
John L. Roberts

-2-
CERTIFICATE OF SERVICE
CASE NO. 3:07-cv-02024-BTM-AJB

113879.000006/.01