D. Scott Hemingway
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:    (214) 739-5209
Email: shemingway@hemlaw.org

Douglas A. Pettit
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA  92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

Attorney for Robert Weinberg, Whitson Wells
PMG, LLC and "Purple G"

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>ROBERT WEINBERG, et al.,<br><br>Defendants. | Case No:3:07-CV-02024-BTM-AJB<br><br>**DEFENDANTS ROBERT WEINBERG, WHITSON WELLS, PMG LLC, AND PURPLE G'S REQUEST FOR HEARING ON MOTIONS TO DISMISS**<br><br>Jury Trial Demand |

**DEFENDANTS ROBERT WEINBERG, WHITSON WELLS, LLC, AND PURPLE G'S REQUEST FOR HEARING ON MOTIONS TO DISMISS**

COMES NOW D. Scott Hemingway, counsel of record for the Defendants, Robert Weinberg, Whitson Wells, PMG, LLC and "Purple G," in the above-referenced case, and respectfully requests that this Court schedule and hear oral argument on the Motions to

Dismiss filed by Defendants Robert Weinberg, Whitson Wells, PMG, LLC and "Purple G". *See Docket Entry Nos. 18-24.* Our office contacted Judge Moskowitz's clerk on January 25, 2008, and the Court's clerk indicated that no oral argument would be heard in this matter. We did not receive notice about any change in court's calendar settings, which were initially set to hear arguments on these motions on February 1, 2008 at 11:00 am, Court Room 15.

The matters addressed in these motions are believed to be complicated enough to require an oral argument. The Defendants believe this Court would benefit from such an oral argument. For the foregoing reasons, Counsel of record prays to be allowed to present oral argument to this Court on these Motions at the Court's earliest convenience.

**DATED** this 25th day of January, 2008.    Respectfully submitted,

/s/ D. Scott Hemingway
D. Scott Hemingway
Texas Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Ph: (214) 292-8301
Fax: (214) 739-5209

Douglas A. Pettit
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA 92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

**Attorney for Defendants
Robert Weinberg, Whitson Wells PMG, LLC and "Purple G"**

## CERTIFICATE OF CONFERENCE

On January 25, 2008, D. Scott Hemingway counsel for Defendants Robert Weinberg, Whitson Wells, PMG, LLC and "Purple G" contacted via telephone the opposing counsel and requested a position on this request for oral argument. Counsel for Addventure Products, Mr. John Roberts has provided no response to that request. As such, this motion should be considered opposed unless or until agreed by Plaintiff Addventure Products, Inc.

Dated: January 25, 2008                             /s/ D. Scott Hemingway

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was served on January 25th, 2008 upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follow:

Antony J. Dain
John L. Roberts
Procopio, Cory, Hargreaves &
Savitch, LLP
530 B Street, Suite 2100
San Diego, CA 92101

/s/ D. Scott Hemingway

Case No. 3:07-cv-02024-BTM-AJB