Anthony J. Dain (SBN 098947)
John L. Roberts (SBN 208927)
PROCOPIO, CORY, HARGREAVES
 & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone:  619.238.1900
Facsimile:  619.235.0398
Email: ajd@procopio.com
       jlr@procopio.com

Attorneys for Plaintiff
ADDVENTURE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WEINBERG, an individual, WHITSON WELLS PMG, LLC, a Texas Limited Liability Company, and DOES 1-10, collectively d/b/a "Purple G,"<br><br>Defendants. | CASE NO. 3:07-cv-02024-BTM-AJB<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR HEARING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date: February 1, 2008<br>Time: 11:00 am<br>Ctrm: 15<br>Hon. Barry T. Moskowitz |
|---|---|

If requested Plaintiff's counsel will attend a hearing and restate the basic and unrebutted points made in its briefs in opposition to Defendants' motions to dismiss, but Plaintiff agrees with the Court that this extra time and expense is not necessary here.

Respectfully,

Dated: January 25, 2008        /s/John L. Roberts
                               John L. Roberts
                               Attorney for Plaintiffs

PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR HEARING ON
DEFENDANTS' MOTIONS TO DISMISS

CASE NO. 3:07-cv-02024-BTM-AJB

113879.000006/.01

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR HEARING ON DEFENDANTS' MOTIONS TO DISMISS was served on January 25, 2008 upon the following counsel of record by electronic mail delivery through the Court's docketing and notification system:

Douglas A Pettit
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real
Suite 350
San Diego, CA 92130
(858)755-8500
Fax: (858)755-8504
Email: DPettit@PettitKohn.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

D. Scott Hemingway
Hemingway & Hansen, LLP
1717 Main Street
Suite 2500
Dallas, TX 75201
(214)292-8301
Fax: (214)739-5209
Email: shemingway@hemlaw.org
ATTORNEY TO BE NOTICED

/s/John L. Roberts
John L. Roberts

-2-
PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR HEARING ON DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:07-cv-02024-BTM-AJB

113879.000006/.01