# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ADDVENTURE PRODUCTS, INC., | CASE NO. 07cv02024 BTM(AJB) |
|---|---|
| Plaintiff, | **ORDER DENYING REQUEST FOR ORAL ARGUMENT** |
| vs. | |
| ROBERT WEINBERG, et al. | |
| Defendants. | |

Defendants have requested oral argument on their motions to dismiss. At this time, the Court does not believe that oral argument would be of assistance to the Court and, therefore, **DENIES** Defendants' request.

**IT IS SO ORDERED.**

DATED: January 29, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge