**D. Scott Hemingway**
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:    (214) 739-5209
Email: shemingway@hemlaw.org

**Douglas A. Pettit**
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA  92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

Attorneys for Robert S. Weinberg, Whitson Wells PMG, LLC and "Purple G"

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>ROBERT S. WEINBERG, et al.,<br><br>Defendants.<br><br>(No Oral Argument Unless Requested by the Court) | Case No:3:07-CV-02024-BTM-AJB<br><br>**NOTICE OF SUPPLEMENTAL MOTION  AND MOTION IN SUPPORT OF DEFENDANTS WHITSON WELLS, PMG LLC, PURPLE G AND ROBERT WEINBERG'S RULE 12(B) MOTION TO DISMISS**<br>**JURY TRIAL DEMAND**<br>**Date: November 15, 2008**<br>**Time: 11:00 am**<br>**Ctrm: 15**<br>**Hon. Barry T. Moskowitz** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on November 15, 2008 at 11:00 am, or as soon thereafter as counsel may be heard by the above-entitled court, located at 940 Front Street,

San Diego, California, Defendants Whitson Wells, PMG LLC, "Purple G", and Robert Weinberg will and hereby do move the court for an order dismissing those entities from the above-entitled action due to lack of personal jurisdiction and failure to state a claim pursuant to Fed.R.Civ.P. Rule 12(b)(2).

This motion is based on this Notice of Supplemental Motion, the Supplemental Motion, and the Brief in Support of Supplemental Motion filed on September 17, 2008, as well as the declaration and evidence supporting the same, on the pleadings and papers on file here in and beforehand, and upon such other matters as may be presented to the court at the time of the hearing.

**DATED** this 17th day of September, 2008.

Respectfully submitted,

/s/ D. Scott Hemingway
D. Scott Hemingway
Texas Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas  75201
Ph: (214) 292-8301
Fax: (214) 739-5209

Douglas A. Pettit
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA  92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

**Attorneys for Defendant**
**Defendants**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was served on September 17, 2008 upon all counsel of record by electronic mail delivery through the Court docketing and notification system. Any counsel not subscribed to the electronic mail notification system were provided with a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follow:

Anthony J. Dain
John L. Roberts
Procopio, Cory, Hargreaves &
Savitch, LLP
530 B Street, Suite 2100
San Diego, CA 92101

/s/ D. Scott Hemingway