**D. Scott Hemingway**
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:    (214) 739-5209
Email: shemingway@hemlaw.org

**Douglas A. Pettit**
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA  92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

Attorney for Robert S. Weinberg, Whitson Wells
PMG, LLC and "Purple G"

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>ROBERT S. WEINBERG, et al.,<br><br>Defendants. | Case No:3:07-CV-02024-BTM-AJB<br><br>**DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS** |

**DEFENDANTS' SUPPLEMENTAL
RULE 12(B)(2) MOTION TO DISMISS**

COMES NOW Defendants, and file this Supplemental Fed. R. Civ. P. Rule 12(b)(2) Motion to Dismiss as follows. The Plaintiff has failed to establish any reasonable basis for asserting personal jurisdiction over Defendants Whitson Wells PMG, LLC, "Purple G," or

Mr. Weinberg. As set forth in the accompanying Brief in Support of Supplemental Motion, Defendants, Whitson Wells PMG, LLC, "Purple G", and Robert S. Weinberg respectfully request that that this Court dismiss this matter under Fed. R. Civ. P. Rule 12(b)(2).

**DATED** this 17th day of September, 2008.

        Respectfully submitted,

/s/ D. Scott Hemingway
D. Scott Hemingway
Texas Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas  75201
Ph: (214) 292-8301
Fax: (214) 739-5209

Douglas A. Pettit
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA  92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

**Attorney for Defendants
Whitson Wells PMG, LLC
and "Purple G"**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was served on September 17, 2008 upon all counsel of record by electronic mail delivery through the Court docketing and notification system. Any counsel not subscribed to the electronic mail notification system were provided with a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follow:

Anthony J. Dain
John L. Roberts
Procopio, Cory, Hargreaves & Savitch, LLP
530 B Street, Suite 2100
San Diego, CA 92101

/s/ D. Scott Hemingway