1

**D. Scott Hemingway**
TX Bar No. 09407880
Hemingway & Hansen, LLP
2
1717 Main Street, Suite 2500
Dallas, Texas 75201
3
Phone: (214) 292-8301
Fax:   (214) 739-5209
4
Email: shemingway@hemlaw.org

5
**Douglas A. Pettit**
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
6
San Diego, CA 92130
Phone: (858) 755-8500
7
Fax: (858) 755-8504
dpettit@pettitkohn.com
8
Attorney for Robert Weinberg, Whitson Wells
PMG, LLC and "Purple G"
9

10          **UNITED STATES DISTRICT COURT FOR THE**

11           **SOUTHERN DISTRICT OF CALIFORNIA**

12                  **SAN DIEGO DIVISION**

13

14  ADDVENTURE PRODUCTS, INC., a California       Case No:3:07-CV-02024-BTM-AJB
    corporation,
15                                                **DEFENDANTS' BRIEF IN**
                      Plaintiff,                  **SUPPORT OF**
16                                                **SUPPLEMENTAL MOTION TO**
            vs.                                   **DISMISS**
17
    ROBERT WEINBERG, et al.,
18
                      Defendants.
19

20
                    **DEFENDANTS' BRIEF IN SUPPORT OF**
21          **SUPPLEMENTAL RULE 12(B)(2) MOTION TO DISMISS**

22         COMES NOW Defendants' "Purple G," Robert S. Weinberg, and Whitson Wells

23  PMG, LLC and file this Fed. R. Civ. P. Rule 12(b)(2) Motion to Dismiss as follows.

24

25

1

## I.    INTRODUCTION

2

3    In the Plaintiff's Complaint, the Plaintiffs fail to establish any reasonable basis for this

4    Court to assert personal jurisdiction over the Defendants. Under Rule 12(b)(2) of the Federal

5    Rules, the Complaint against the Defendants should be dismissed.

6

## II.    THE FACTUAL BACKGROUND

7    1.    On October 18, 2007, the Plaintiff Addventure Products filed the present

8    Complaint alleging patent infringement against Mr. Weinberg in his individual capacity as a

9    named Defendant. The Complaint alleges that Mr. Weinberg personally engaged in the

10    accused activities in this forum, even though Mr. Weinberg has not personally engaged in any

11    activities related to the accused activities in the forum in his individual capacity and he hardly

12    has the minimum contacts with the forum of California to make the exercise of personal

13    jurisdiction reasonable.

14

15    2.    Mr. Weinberg has provided a sworn declaration (Exhibit 1 hereto), that is

16    undisputed by any evidence supplied by the Plaintiffs, as follows:

17    a.    He is a resident of Texas. He does not own or control any business in the

18    State of California, the Southern District of California, or San Diego, California, and he is not

19    engaged in any regular and established business in the State of California, the Southern

20    District of California, or San Diego, California. *Exhibit 1, Weinberg Decl., ¶ 1.*

21    b.    He does not engage in any advertising or promotional sales activities in

22    his individual capacity in this forum (California) or elsewhere, and he does not engage in any

23    advertising or promotional sales activities in his individual capacity in this forum (California)

24    or elsewhere. *Exhibit 1, Weinberg Decl., ¶ 2.*

25

Defendants' Supplemental Brief in
Support of Supplemental Rule 12(B)
Motion to Dismiss

1

     c.     He does not personally make, use, sell or offer for sale any compressed

2

fabric promotional items, and he does not conduct any type of personal business in this forum

3

(California) that relates in any manner to the accusations in the Complaint. *Exhibit 1,*

4

*Weinberg Decl., ¶ 3.*

5

     d.     He does not own or operate any website for his own personal use, and he

6

does not advertise, solicit, or offer any personal services to or in the State of California, the

7

Southern District of California, or San Diego, California. *Exhibit 1, Weinberg Decl., ¶ 4.*

8

9

     e.     He does not personally engage in any of the accused activities in this

10

lawsuit in his individual capacity, in this forum or anywhere else. *Exhibit 1, Weinberg Decl.,*

11

*¶ 5.*

12

     f.     He is the Managing Director of Whitson Wells PMG, LLC, but neither

13

he nor the other Defendants have ever shipped to or consummated a sale of any compressed

14

fabric promotional items to a purchaser in the State of California, the Southern District of

15

California, or San Diego, California. *Exhibit 1, Weinberg Decl., ¶ 6.*

16

17

     g.     While he is involved with the business affairs of the other Defendants,

18

Whitson Wells PMG, LLC and "Purple G," his role in those businesses is well-defined as a

19

Managing Director of Whitson Wells PMG, LLC.  Any actions taken on behalf of those

20

businesses were not made in his personal and individual capacity, but were made solely on

21

behalf of the businesses. *Exhibit 1, Weinberg Decl., ¶ 7.*

22

     h.     Regardless, none of the actions taken by him in the business affairs of

23

the other two Defendants, Whitson Wells PMG LLC and "Purple G," included the shipment

24

or consummated sale of any compressed fabric promotional item to a purchaser in the State of

25

Defendants' Supplemental Brief in
Support of Supplemental Rule 12(B)
Motion to Dismiss

California, the Southern District of California, or San Diego, California. *Exhibit 1, Weinberg Decl., ¶ 8.*

      i.    With respect to activities alleged in the Complaint, he does not believe he has sufficient minimum contacts with the forum of California because he did not perform any act or consummate any transaction in the State of California relating to the subject matter of this lawsuit that would purposefully avail himself of the privilege of conducting activities in the forum. *Exhibit 1, Weinberg Decl., ¶ 9.*

      j.    The claims in the Addventure lawsuit do not arise from his personal and individual activities in the State of California. *Exhibit 1, Weinberg Decl., ¶ 10.*

      k.    With respect to any other contacts with the State of California unrelated to the allegations in the Addventure lawsuit, Mr. Weinberg has no continuous or systematic contacts with the State of California. *Exhibit 1, Weinberg Decl., ¶ 11.*

    3.    On October 18, 2007, the Plaintiff Addventure Products filed the present Complaint alleging patent infringement against Whitson Wells PMG, LLC and "Purple G." The Complaint alleges that these entities directly engaged in the accused activities in this forum, even though neither of these Defendants has engaged in any activities related to compressed fabric promotional items in this forum and neither has the requisite minimum contacts with the forum of California to make the exercise of personal jurisdiction reasonable.

    4.    The Managing Director of Whitson Wells PMG, LLC, Mr. Weinberg, has provided a sworn declaration (Exhibit 2 hereto), that is undisputed by any evidence supplied by the Plaintiffs, as follows:

Defendants' Supplemental Brief in Support of Supplemental Rule 12(B) Motion to Dismiss

1         a.    Defendants Whitson Wells PMG, LLC is a limited liability company

2    incorporated in Texas. *Exhibit 2, Weinberg Decl., ¶ 1.*

3         b.    "Purple G" is a product line for a promotional product line offered by an

4    entity doing business under the name "Purple Giraffe," which owned by Whitson Wells

5    PMG, LLC. *Exhibit 2, Weinberg Decl., ¶ 1.*

6         c.    Both Whitson Wells PMG, LLC and Purple Giraffe operate from Dallas,

7    Texas, and neither of these entities is located in or operates out of the State of California, the

8    Southern District of California, or San Diego, California. *Exhibit 2, Weinberg Decl., ¶ 2.*

9

10         d.    Whitson Wells PMG, LLC, Purple G, and Purple Giraffe are not

11    corporations or business entities registered with the California Secretary of State's office, and

12    none is engaged in any regular and established business in the State of California, the

13    Southern District of California or San Diego, California relating to compressed fabric

14    promotional articles. *Exhibit 2, Weinberg Decl., ¶ 3.*

15         e.    Whitson Wells PMG, LLC does not directly engage in any promotional

16    or marketing sales activities, and Whitson Wells PMG, LLC does not directly offer, sell,

17    invoice or ship any promotional or marketing materials of any kind to anyone or anywhere,

18    including the State of California, the Southern District of California or San Diego, California.

19    *Exhibit 2, Weinberg Decl., ¶ 4.*

20

21         f.    Whitson Wells PMG, LLC does not directly make, use, sell or offer for

22    sale any compressed fabric promotional items or conduct any type of business with those

23    articles that could be considered to be covered by any of the accusations in this Complaint.

24    *Exhibit 2, Weinberg Decl., ¶ 5.*

25

g.      Whitson Wells PMG, LLC does not operate a website for Whitson Wells PMG, LLC to advertise or promote any services related to compressed fabric promotional articles. *Exhibit 2, Weinberg Decl., ¶ 6.*

h.      Whitson Wells PMG, LLC, Purple Giraffe, and Purple G have never shipped or consummated the sale of any compressed fabric promotional product to a customer in the State of California, the Southern District of California or San Diego, California. *Exhibit 2, Weinberg Decl., ¶ 7.*

i.      Purple G or Purple Giraffe have not directly engaged in any promotional or marketing sales activities relating to compressed promotional items in the State of California, the Southern District of California or San Diego, California, and Purple G or Purple Giraffe have not consummated any sales of, or shipped to any compressed promotional items to anyone in the State of California, the Southern District of California or San Diego, California. *Exhibit 2, Weinberg Decl., ¶ 8.*

j.      Purple G or Purple Giraffe have not directly made, used, or consummated the sale of any compressed fabric promotional items or conducted any type of business with those articles that could be considered to be covered by any of the accusations in this Complaint in the State of California, the Southern District of California or San Diego, California. *Exhibit 2, Weinberg Decl., ¶ 9.*

k.      Purple Giraffe does operate a website, but it is passive website that does not allow for interactive responses from the website browser.  The Purple Giraffe website does not allow for orders to be submitted, and there is no contact information that is provided on the website to allow browsers to respond to the website. *Exhibit 2, Weinberg Decl., ¶ 10.*

l.    None of the compressed fabric promotional items produced, sold or marketed by Purple Giraffe in other forums are capable of being returned to its original un-compacted condition by manipulation without the addition of a liquid. *Exhibit 2, Weinberg Decl., ¶ 11.* Like the Plaintiff Addventure Products' compacted fabric promotional items, the compacted promotional items produced and sold by Purple G require the addition of water during a wash cycle. *See Exhibit 3, Addventure Prods. Catalog, p. 5 (showing washing necessary to get fabric back to un-compacted state).* As such, both the Purple Giraffe and the Plaintiff's compacted promotional items do not practice a vital and necessary step in the only utility patent asserted in this matter. *See Claims 1, 8, and 10 of U.S. Patent No. 5,042,227.*

m.    None of the compressed fabric items produced or sold by Purple Giraffe in other forums include, possesses, or contain the ornamental and protectible aspects of the asserted design patents. *Exhibit 2, Weinberg Decl., ¶ 12.*

## III.    ARGUMENT

In response to the Complaint, the Defendants must present a pre-answer motion identifying any applicable Fed. R. Civ. P. Rule 12(b) defense. *Wright & Miller, 5b Federal Practice & Procedure 3d,* §§ 1346-49 (2004); 2 Moore's Federal Practice 3d §§12.01-12.03 (2005); *Pebble Beach Co. v. Michael Caddy,* 453 F.3d 1151 (9th Cir. 2006); *Schnabel v. Lui,* 302 F.3d 1023 (9th Cir. 2002); *Albany Ins. Co. v. Almacenadora Somex,* 5 F.3d 907, 909 (5th Cir. 1993). According to the Court's May 5, 2008 Order, the Defendants were given the opportunity to re-file this Motion to Dismiss following jurisdictional discovery. The basis for the present motion to dismiss is lack of personal jurisdiction under Rule 12(b)(2).

1    As this Court appears to be familiar with the applicable standards for analyzing

2    personal jurisdiction in the State of California and under Federal Circuit law, this motion will

3    not presume to occupy this Court's time with a lengthy review the tests used to analyze

4    general and specific personal jurisdiction.  *See Pebble Beach,* 453 F.3d 1151 (9th Cir. 2006)

5    (minimum contacts test) (*cited in In Re Infosonics Corporation Derivative Litigation,* 2007

6    U.S. Dist. LEXIS 20450, *6) (J. Moskowitz); *Helicopteros Nacionales de Colombia v. Hall,*

7    466 U.S. 408 (1984) (review of specific and general personal jurisdiction principles); *Akro*

8    *Corp. v. Luker,* 45 F.3d 1549, 1543 (Fed. Cir. 1995); *Inamed Corp. v. Kuzmak,* 249 F. 3d

9

10   1356, 1359 (Fed. Cir. 2001); *Electronics for Imaging, Inc. v. Coyle,* 340 F.3d 1344, 1350

11   (Fed. Cir. 2003).

12    Where a non-resident defendant moves to dismiss for lack of personal jurisdiction, the

13   plaintiff shoulders the burden of establishing jurisdiction over those defendants, and the

14   defendants must show that the exercise of jurisdiction is unreasonable.  *Id., see also, Stuart v.*

15   *Spademan,* 772 F.2d 1185, 1192 (5th Cir. 1985).  In the present case, the Plaintiff cannot

16   sustain a showing of sufficient personal contacts with the forum by the Defendants relating to

17   the merits of this lawsuit. Any contacts with the forum by these Defendants are insufficient to

18   make exercising personal jurisdiction over these Defendants reasonable under the law.

19

20   **A. "Purple G" Should Be Dismissed From This Matter**

21    "Purple G" is not a business or corporate entity -- it is a product line name and brand

22   designator.  For example, "Polo"® is a product line designator for a Ralph Lauren brand of

23   clothing, and "iPod"® is a brand of personal music playing devices produced by Apple

24

25

1    Computers. In the same way, "Purple G" is a product line of promotional items offered by a

2    business called "Purple Giraffe," which is an entity owned by Whitson Wells PMG, LLC.

3    This organizational structure and the use of "Purple G" as a brand identifier was

4    clearly described and delineated to the Plaintiff at the jurisdictional deposition taken in this

5    matter. There is nothing confusing about the use of "Purple G" by the Defendants and there

6    is no dispute about the fact that "Purple G" is a brand name for products -- not a business

7    entity. Because "Purple G" is not an entity capable of having contact with the forum,

8    engaging in any infringing activities, or being sued in a legal action, "Purple G" should be

9    
10    dismissed from this matter.

11    **B. Defendant Weinberg Should Be Dismissed under Fed. R. Civ. P. 12(b)(2)**

12    The Defendant Weinberg has had no personal contacts with this forum relating to the

13    accused activities in the Addventure lawsuit. Mr. Weinberg did not personally perform any

14    act or consummate any transaction within the forum relating to the accused activities or

15    otherwise purposefully avail himself of the privilege of conducting activities in the forum.

16    *Pebble Beach, id. at 1155.*

17    
18    Because none of the claims in the lawsuit arise from Mr. Weinberg's personal and

19    individual activities in the forum, the exercise of specific personal jurisdiction over him

20    personally would be unreasonable. *Id.*    Further, any contact by Mr. Weinberg with

21    California and this judicial district that are unrelated to claims and causes of action in the

22    Addventure Complaint are not continuous or systematic. Therefore, the exercise of general

23    personal jurisdiction over him would be inappropriate.

24    
25

1   Addventure Products has accused Mr. Weinberg of individual acts of patent

2   infringement in its Complaint even though it admits that Mr. Weinberg's actions remain

3   "unclear to AddVenture." *Addventure Prods. Opp. Brf., p. 5.* Essentially, the Plaintiff admits

4   that it had no evidence supporting its allegations regarding Mr. Weinberg's personal activities

5   or any actions he undertook in his official capacity at Whitson Wells PMG, LLC. The

6   Plaintiff has accused Mr. Weinberg of the serious offense of patent infringement without

7   good cause.

8       To clarify any perceived ambiguity about the Defendants' business operations, Purple

9   G is a product line designator offered by the entity "Purple Giraffe." "Purple Giraffe" is an

10  entity doing business under that name, and "Purple Giraffe" is owned by Whitson Wells

11  PMG, LLC. Mr. Weinberg is the duly appointed Managing Director of the Whitson Wells

12  PMG, LLC, and any accused activities in the Complaint relate to the actions taken by

13  Whitson Wells PMG, LLC or its affiliated businesses -- not to Mr. Weinberg's personal

14  actions or activities in the forum.

15      Mr. Weinberg does not personally offer for sale or sell compressed fabric articles. *See*

16  *Exhibit 1, Declaration of Weinberg, paragraph 2 and 5.* Because any actions taken by Mr.

17  Weinberg relating to compressed fabric articles would have been taken in his role and under

18  his duty as Managing Director of Whitson Wells PMG, LLC, he has not engaged in

19  individual acts that are properly the subject of a patent infringement allegation. Mr.

20  Weinberg certainly has not conducted activities that would make it reasonable to exercise

21  personal jurisdiction over him personally.

Defendants' Supplemental Brief in
Support of Supplemental Rule 12(B)
Motion to Dismiss

In their Opposition Brief, the Plaintiff admits that it has no evidence to rebut the following: (1) the Defendant Weinberg has had no contacts with this forum relating to the accused activities in the Addventure lawsuit, (2) Mr. Weinberg did not perform any act or consummate any transaction within the forum or otherwise purposefully avail himself of the privilege of conducting activities in the forum; (3) none of the claims in the lawsuit arise from Mr. Weinberg's personal and individual activities in the forum, and (4) Mr. Weinberg's contacts with the forum of California are unrelated to claims and causes of action in the Addventure Complaint and are not continuous or systematic. The Plaintiffs' evidence of contacts identified in their Opposition Brief do not support the exercise of personal jurisdiction over Mr. Weinberg personally. The Opposition Brief fails to rebut any of these positions, and the Plaintiff admits that Addventure Products is still "unclear" about the actions of the Defendants months after filing and serving its Complaint. *Addventure Prods. Opp. Brf., p. 5.*

Jurisdictional discovery has been provided to the Plaintiffs, but no evidence has been uncovered that supports the exercise of personal jurisdiction over Mr. Weinberg personally. The exercise of personal jurisdiction over Mr. Weinberg would be unreasonable because it would offend the traditional notions of fair play and substantial justice, it would not comport with due process, and it would not comply with the standards set by the California and Federal long-arm statutes. *Id.* Without sufficient support for a claim of personal jurisdiction over Mr. Weinberg as an individual, this Court should dismiss the lawsuit against him under Fed. R. Civ. P. Rule 12(b)(2).

**C. Whitson Wells PMG, LLC Should Be Dismissed under Fed. R. Civ. P. 12(b)(2)**

In the present case, the Plaintiff cannot sustain a showing that sufficient contacts relating to accused infringing actions initiated by Defendant Whitson Wells PMG, LLC to the forum. Whitson Wells PMG, LLC (or any other entity operated by Whitson Wells PMG, LLC) has not initiated any contacts with this forum relating to the accused activities in the Addventure lawsuit, and as such, it does not perform any act or consummate any transaction within the forum or otherwise purposefully avail those entities of the privilege of conducting activities in the forum. *Pebble Beach, id. at 1155.*

Because none of the claims in the lawsuit arise from the activities initiated by Whitson Wells PMG, LLC with the forum, the exercise of specific personal jurisdiction over it would be unreasonable and improper. *Id.* Further, Whitson Wells PMG, LLC contacts with the forum of California that are unrelated to claims and causes of action in the Addventure Complaint are not continuous or systematic, and therefore, the exercise of general personal jurisdiction over either entity would be inappropriate.

The exercise of personal jurisdiction over Whitson Wells PMG, LLC would be unreasonable because it would offend the traditional notions of fair play and substantial justice, it would not comport with due process, and it would not comply with the standards set by the California and Federal long-arm statutes. *Id.* Without any support for a claim of personal jurisdiction over Whitson Wells PMG, LLC, this Court should dismiss the lawsuit against him under Fed. R. Civ. P. Rule 12(b)(2).

Defendants' Supplemental Brief in Support of Supplemental Rule 12(B) Motion to Dismiss

**D. "Email Blasts" Do Not Qualify As Sufficient Contacts With the Forum**

In its prior Opposition briefing, the Plaintiff previously identified email "blast" transmissions as establishing sufficient contacts with the forum to make reasonable this Court's exercise of personal jurisdiction over the Defendants. The Plaintiff's contentions fail to recognize an important deficiency with that argument. Namely, email blasts are not sales activities in the forum and the "blast" transmissions are not specific enough to be considered "offers for sale." *See May 5, 2008 Order, p. 5.*

As this Court found, the "email blast sent by Purple G do not list price or a detailed description of the merchandise." *Id.*    These e-mail blasts are general advertisements sent across the country, which is nothing more than the modern day version of "one-way" radio or television advertisement.  The emails go out across the country to e-mail addresses, and there is no economical way to direct the e-mails to a specific geographic area or location – they usually disperse from coast-to-coast.  Where physical addresses are known to be related to the email addresses, the Defendants have attempted to avoid sending the emails to recipients in California because that is not a market of interest to the Defendants. As such, the email "blasts" do not support a claim that the Defendants purposefully availed themselves of the benefits of the forum.

This Court has already indicated, as preliminary matter, that the email "blasts" relied upon by the Plaintiffs "probably do not qualify as offers for sell." *Id. citing 3D Systems, Inc.v. Aarontech Lab., Inc.,* 160 F.3d 1373 (Fed. Cir. 1998) (minimum standard for an offer for sale activities), *Applied Materials, Inc. v. Tokyo Seimitsu, Co., Ltd.,* 446 F.Supp. 2d 538 (E.D. Va 2006). Jurisdictional discovery has been taken, but nothing in the discovery would effect this

Court's preliminary findings that these email "blasts" are not "offer for sale" purposefully directed to the forum. In fact, the deposition testimony provided to the Plaintiffs indicates that the Defendants have no desire to send certain email blasts to the potential customers in the State of California because there is no desire to capture any business in that forum. California is simply not a market that is sought after by the Defendants, and it is not a forum where the "offer for sale" are purposefully directed by the Defendants. Accordingly, the email "blasts" do not support a reasonable exercise of personal jurisdiction.

### E. Contacts With Forum Initiated By Others Does Not make Jurisdiction

The Plaintiff also relies on an email response to an inquiry sent from Mr. Jones of PromoVentures in San Diego, California. Email responses were sent Mr. Jones' email request, but these responses do not support the exercise of personal jurisdiction over the Defendants. First and foremost, Mr. Jones <u>initiated</u> the contact with the Defendants – not the other way around. The Defendants apparently responded to an email request initiated from this vendor, who is apparently associated with the Plaintiff. (e.g. both businesses are located in San Diego, and both businesses use Venture in their name, PromoVentures & AddVentures Products).

Obviously, Mr. Jones initiated the contacts with the Defendants <u>at the request</u> of the Plaintiff so the Jones declaration could be prepared and the Plaintiff's Opposition to the Motion to Dismiss could be supported. The Plaintiff has not rebutted or refuted this contention -- that Addventure Products requested Mr. Jones to initiate this contact with the Defendants to support their jurisdictional claim. The request for a quote from Mr. Jones was obvious "set-up" indirectly requested by the Plaintiff, and the Defendants did not

Defendants' Supplemental Brief in Support of Supplemental Rule 12(B) Motion to Dismiss

purposefully reach out to this vendor by simply responding to his request for a quote. On the contrary, it was the Plaintiff reaching out to Texas to create an evidentiary trail that more accurately describes the situation. The Plaintiff should not benefit from establishing its own contacts with Defendants through an "entrapment" exercise.

Further, responding to the quote and sending sample products to a vendor associated with the Plaintiff did not result in a consummated sale in the Southern District of California or the State of California. Because these activities did not result in a consummated sale in the Southern District of California or the State of California, there is no evidence that any resident in the Southern District of California has been damaged by any actions of the Defendants.

This Court has already found that Mr. Jones "initiated the contact" with the Defendants -- which makes it questionable whether such a contact is sufficient to support the reasonable exercise of personal jurisdiction. *See May 5, 2008 Order, p. 5-6.* Apart from this single contact, it is believed that the jurisdictional discovery did not reveal any other accused activities that would make the exercise of personal jurisdiction over the Defendants reasonable.

Overall, the exercise of personal jurisdiction over the Defendants would be improper because it would offend the traditional notions of fair play and substantial justice, it would not comport with due process, and it would not comply with the standards set by the California and Federal long-arm statutes. *Id.* Without any support for a claim of personal jurisdiction over the Defendants, this Court should dismiss the lawsuit against him under Fed. R. Civ. P. Rule 12(b)(2).

Defendants' Supplemental Brief in Support of Supplemental Rule 12(B) Motion to Dismiss

1

## IV.    CONCLUSION

2

In light of the foregoing, Mr. Weinberg, "Purple G," and Whitson Wells PMG, LLC

3

should be dismissed from the present action under Fed. R. Civ. P. Rule 12(b)(2).

4

5

**DATED** this 17th day of September, 2008

6

7                                                  Respectfully submitted,

8                                                  /s/ D. Scott Hemingway
                                                   D. Scott Hemingway
9                                                  Texas Bar No. 09407880
                                                   Hemingway & Hansen, LLP
10                                                 1717 Main Street, Suite 2500
                                                   Dallas, Texas  75201
11                                                 Ph: (214) 292-8301
                                                   Fax: (214) 739-5209
12
                                                   Douglas A. Pettit
13                                                 Pettit Kohn Ingrassia & Lutz PC
                                                   12250 El Camino Real, Ste 350
14                                                 San Diego, CA  92130
                                                   Phone: (858) 755-8500
15                                                 Fax: (858) 755-8504
                                                   dpettit@pettitkohn.com
16

17
                                                   **Attorney for Defendant**
18                                                 **Robert S. Weinberg**

19

20

21

22

23

24

25

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that a copy of the foregoing motion was served on September 17, 2008

3    upon all counsel of record by electronic mail delivery through the Court docketing and

4    notification system.  Any counsel not subscribed to the electronic mail notification system

5    were provided with a copy of the same in the United States Mail, postage prepaid, and sent to

6    their last known address as follow:

7

8

9    Anthony J. Dain
     John L. Roberts
10   Procopio, Cory, Hargreaves &
     Savitch, LLP
11   530 B Street, Suite 2100
     San Diego, CA 92101
12

13

14

15

16

17

18                                          /s/ D. Scott Hemingway

19

20

21

22

23

24

25

# EXHIBIT 1

**D. Scott Hemingway**
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:    (214) 739-5209
Email: shemingway@hemlaw.org

**Douglas A. Pettit**
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA 92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

Attorney for Robert Weinberg, Whitson Wells
PMG, LLC and "Purple G"

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ROBERT WEINBERG, et al.,<br><br>                    Defendants. | Case No:3:07-CV-02024-BTM-AJB<br><br>**ROBERT S. WEINBERG'S DECLARATION IN SUPPORT OF ROBERT S. WEINBERG MOTION TO DISMISS** |

## ROBERT S. WEINBERG'S DECLARATION IN
## SUPPORT OF ROBERT S. WEINBERG MOTION TO DISMISS

I, Robert S. Weinberg, declare as follows:

1.      I am a resident of Texas.  I do not own or control any business in the State of California, the Southern District of California, or San Diego, California, and I am not engaged

in any regular and established business in the State of California, the Southern District of California, or San Diego, California.

2.      I do not engage in any advertising or promotional sales activities in my individual capacity in this forum (California) or elsewhere, and I do not engage in any advertising or promotional sales activities in my individual capacity in this forum (California) or elsewhere.

3.      I do not personally make, use, sell or offer for sale any compressed fabric promotional items, and I do not conduct any type of personal business in this forum (California) that relates in any manner to the accusations in the Complaint.

4.      I do not own or operate any website for my own personal use, and I do not advertise, solicit, or offer any personal services to or in the State of California, the Southern District of California, or San Diego, California.

5.      I do not personally engage in any of the accused activities in this lawsuit in my individual capacity, in this forum or anywhere else.

6.      I am involved with the business of two Defendants in this matter, Whitson Wells PMG, LLC and "Purple G," but neither of these two businesses has ever shipped to or consummated a sale of any compressed fabric promotional items in the State of California, the Southern District of California, or San Diego, California.

7.      While I am involved with the business affairs of the other Defendants, Whitson Wells PMG, LLC and "Purple G," my role in those businesses is well-defined as a corporate officer, director or manager.  Any actions taken on behalf of those businesses were not made in my personal and individual capacity, but were made solely on behalf of the businesses.

8.     Regardless, none of the actions taken by me in the business affairs of the other two Defendants, Whitson Wells PMG, LLC and "Purple G," have included the shipment or consummated sale of any compressed fabric promotional item to the State of California, the Southern District of California, or San Diego, California.

9.     With respect to activities alleged in the Complaint, I do not believe I have sufficient minimum contacts with the forum of California because I did not perform any act or consummate any transaction in the State of California relating to the subject matter of this lawsuit that would purposefully avail myself of the privilege of conducting activities in the forum.

10.    The claims in the Addventure lawsuit do not arise from my personal and individual activities in the State of California.

11.    With respect to any other contacts with the State of California unrelated to the allegations in the Addventure lawsuit, I have no continuous or systematic contacts with the State of California.


I declare the above to be true and correct under penalty of perjury.

12/3/07
_____
Date

_____
Robert S. Weinberg

# EXHIBIT 2

**D. Scott Hemingway**
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:    (214) 739-5209
Email: shemingway@hemlaw.org

**Douglas A. Pettit**
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA  92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

Attorney for Robert Weinberg, Whitson Wells
PMG, LLC and "Purple G"

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>ROBERT WEINBERG, et al.,<br><br>Defendants. | Case No:3:07-CV-02024-BTM-AJB<br><br>**DECLARATION OF ROBERT S. WEINBERG IN SUPPORT OF WHITSON WELLS PMG, LLC, AND "PURPLE G" MOTION TO DISMISS** |

## ROBERT S. WEINBERG DECLARATION IN SUPPORT OF MOTION TO DISMISS

I, Robert S. Weinberg, declare as follows:

1.     Defendant Whitson Wells PMG, LLC is a limited liability company incorporated in Texas, and I am the Managing Director of this entity. "Purple G" is an entity doing business under that name, and it is directly affiliated with Whitson Wells PMG, LLC.

2.     Both Whitson Wells PMG, LLC and Purple G operate from Dallas, Texas, and neither of these entities is located in or operates out of the State of California, the Southern District of California, or San Diego, California.

3.     Whitson Wells PMG, LLC and Purple G are not corporations or business entities registered with the California Secretary of State's office, and neither entity is engaged in any regular and established business in the State of California, the Southern District of California or San Diego, California relating to compressed fabric promotional articles.

4.     Whitson Wells PMG, LLC does not directly engage in any promotional or marketing sales activities, and Whitson Wells PMG, LLC does not offer, sell, invoice or ship any promotional or marketing materials of any kind to anyone or anywhere, including the State of California, the Southern District of California or San Diego, California.

5.     Whitson Wells PMG, LLC does not directly make, use, sell or offer for sale any compressed fabric promotional items or conduct any type of business with those articles that could be considered to be covered by any of the accusations in this Complaint.

6.     Whitson Wells PMG, LLC does not operate a website for Whitson Wells PMG, LLC to advertise or promote any services related to compressed fabric promotional articles.

7.     Whitson Wells PMG, LLC and Purple G have never shipped or consummated the sale of any compressed fabric promotional product in or to the State of California, the Southern District of California or San Diego, California.

8.      Purple G has not directly engaged in any promotional or marketing sales activities related to compressed fabric promotional items in the State of California, the Southern District of California or San Diego, California, and Purple G has not consummated any sales of, or shipped, any compressed promotional items to anyone in the State of California, the Southern District of California or San Diego, California.

9.      Purple G has not directly made, used, or consummated the sale of any compressed fabric promotional items or conducted any type of business with those articles that could be considered to be covered by any of the accusations in this Complaint in the State of California, the Southern District of California or San Diego, California.

10.     Purple G operates a website, but it is passive website that does not allow for interactive responses from the website browser.  The Purple G website does not allow for orders to be submitted, and there is no contact information that is provided on the website to allow browsers to respond to the website.

11.     None of the compressed fabric promotional items produced, sold or marketed by Purple G in other forums are capable of being returned to its original un-compacted condition by manipulation without the addition of a liquid.  Like the Plaintiff Addventure Products' compacted fabric promotional items, the compacted promotional items produced and sold by Purple G require the addition of water during a wash cycle.  *See attached Addventure Prods. Catalog, p. 5 (showing washing necessary to get fabric back to un-compacted state).*  As such, both the Purple G and the Plaintiff's compacted promotional items do not practice a vital and necessary step in the only utility patent asserted in this matter.  *See Claims 1, 8, and 10 of U.S. Patent No. 5,042,227.*

12.    None of the compressed fabric items produced or sold by Purple G in other forums include, possess, or contain the ornamental and protectible aspects of the asserted design patents.

I declare the above to be true and correct under penalty of perjury.

12/3/07
_____
Date

_____
Robert S. Weinberg



# { index }

**CompressT** — PAGE 04
Shape your brand with a custom shaped t-shirt.

**SpecialT Printing** — PAGE 14
Take your artwork to the next level with specialty screen printing.

**LogoWeld™** — PAGE 16
Enhance your brand with this premium solution.

**ShapeMags** — PAGE 19
Attraction guaranteed with these custom shaped magnets and stickers.

**ShapePack** — PAGE 20
Pack your tees in our custom shaped boxes.

**BooShirt** — PAGE 22
Breathe a little easier with these silky smooth shirts.

**EcoWipes** — PAGE 23
Get handy with wipes that grow before your eyes.




---

## ADDVENTURE
### Add Impact · Add Value



AddVenture was founded in New York in 1981 as A. Davis Design. When we moved to Southern California in 1992 our name was changed to AddVenture Products, (hence the double D). AddVenture is an award-winning supplier of innovative shaped promotional products. Back in 1988, we introduced the first postcard compressed t-shirt to the world.

As the creator of the original CompressT, we hold numerous design and utility patents. AddVenture ships everything out of our corporate headquarters and manufacturing facility in Southern California.

The heartbeat of AddVenture's success is found in the extraordinary trust our distributor partners place in us. On-time delivery is the core of our culture and is as important to us as it is to our customers. We are committed to shaping the success of our partners by building brand value and by delivering reliable first class service for every customer every time.



# WHAT IS A COMPRESS!™

Compress! is completely unique from start to finish. Starting with your choice of 100% cotton t-shirt, we screen print your graphic, and then compress your tee under tremendous pressure into the solid custom shape of your choice. Your artwork is displayed on a high quality insert card visible through the package, transforming each t-shirt into a custom marketing tool. The result is an unforgettable promotion that fits into the palm of your hand and adds shape to your brand.

## SAMPLE USES:

- Product Launches
- Company Promotions
- Sales Promotion
- Trade Show Give Aways
- Coupon Inserts
- Gift with Purchase
- Product Recognition
- Creative Packaging
- Direct Mail
- In Store Promotions
- Invitations
- Meetings and Events
- Vending Machines
- Point of Purchase Display
- On Pack Promotions

## EASY AS 1·2·3





DESIGN HERE

**STEP 1**
Your logo or design is screen printed onto a 100% cotton boxed name t-shirt.

**STEP 2**
Our special process compresses and vacuums the t-shirt under tremendous pressure into small solid packages.

**STEP 3**
Open the package, then wash and dry and it will soon to its regular shape with your message ready to wear.

AS3 31940   PPM 111963   SAGE 50211   UPIC COMPRESS

## STOCK SHAPES VISIT WWW.COMPRESST.COM

The very best promotions are easily recognizable and leave a lasting impression. CompressT stock shapes allow you to enjoy the best possible promotion with no difficulty. With over 500 stock shapes to choose from there's something for everyone.

### ONE SHAPE: MANY FACES
In this example, the stock lightbulb shape is also a perfect fit for various other shapes.

**ESKCO**
purpose: Design a bright and unique idea.
result: The light bulb shape is so bright that we had to patent it.
patent #: D442,856

**DUNKIN DONUTS**
purpose: Store promotion t-shirt giveaway that looked like a real donut.
result: A fact about that delivered sweet results.
patent #: D451,797

**HAYWOOD BUILDERS**
purpose: Create a compress-t that hammers out the competition.
result: A working tool that was fun to wear.
patent #: D454,060

AST:31940   PPA1:11/0833   SAGE:50211   UPIC:COMPRESST



**US BANK**
purpose: Create a gift for clients who purchase our bank's promotional products.
result: A popular and useful product.
patent #: D452,576

**GIBSON**
purpose: Create a gift for clients who purchase our promotional products.
result: A popular and useful product that rocked their world.
patent #: D452,476

**SMUCKERS**
purpose: This promotion "has to be good."
result: A veritable that soared with the stars.
patent #: D445,661





COMPRESST

# ADD ANOTHER DIMENSION

Design your CompressT to come to life in 3D packaging. Enhance your custom t-shirt by adding a second or third insert card. By transforming your artwork into a replica of your brand, this promotion becomes the real thing.

GET TOASTED WITH QUIZNOS






**QUIZNOS**
- Give us a t-shirt shape that looks just like our sandwich package.
- A promotion that looked good enough to eat.

**MENTOS**
- Give us a t-shirt giveaway that looks like the real package.
- This promotion took our breath away.

**T-TAPE**
- Simulate our product for a promotion.
- A miniature replica of their product on a skid.

ASI 31940   PPAI 111063   SAGE 50211   UPIC COMPRESST

**CARTOON NETWORK**
client: CARTOON NETWORK
purpose: Create awareness for our new cartoon lineup.
result: A red hot wearable.

**U.S. PLAYING CARD**
client: U.S. PLAYING CARD
purpose: Have the promotion stack up against our cards.
result: The packaging was a winning hand.

**ALLISON TRANSMISSION**
client: ALLISON TRANSMISSION
purpose: Create a unique retail treat.
result: A tee shirt that sweetened the deal.

## HOW TO USE A COMPRESS™

There are no limits when imagination adds value to your promotion. Add stickers, coupons, direct mailing, or product to increase the visibility of your brand. Convert your CompressT into a unique way to measure the success of your promotion or to directly drive purchasing.




**PARAMOUNT PICTURES**
- Promote the "Stardust" movie release.
- The enclosed stars added magic to the promotion.

**VOKAB KOMPANY**
- Provide added value to our CD release.
- This unique promotion rocked!

**EQUIPMENT WEBSERVICES**
- Beef up Sales with a unique promotion.
- This simulated steak package, packed on a Styrofoam tray, included a sticker to generate sales leads.

**MICROSOFT**
- Design a fun way to participate in a new product launch.
- A unique custom shape thrilled lucky barcode stain winners.




# SPECIAL "T" PRINTING

Let us transform your promotion into a garment with a retail rich flavor that subtly elevates your brand. Bring your creative ideas to the next level of screen printing with innovative techniques such as velveteen, sparkle, high density inks, vintage wash and more.







**SPARKLE**
Add shimmer and shine with an extra layer of liquid crystals. Sparkle ink can be added to almost any color for a glamorous and glistening result.

**BLING**
Great for design focused promotions. Foil has a rich retail look that will provide a sophisticated touch to any logo or to enhance graphics.

**VINTAGE WASH**
Used for a distinctly old school effect. Vintage Wash offers a soft hand feel on dark garments.






**VELVETEEN**
Beautifully accent designs with a specialized dimensional flock. Textures like suede and felt give your apparel a uniquely delicate feel.

**METALLIC**
Metallic inks add shimmer and shine to your designs or logo. Reflective inks enhance the surface and texture of your wearable.

AIS 31960  P9M111053  SAGE 60211  UPC COMPRESS1



**process:** Index and Process Colors

**result:** Your complex graphic images will come alive with the use of vibrant colors and detailed shading. See what these award winning separations can do for your project.

Lights! Camera! Action!

Paramount.

**process:** Jumbo Screen Printing

**uses:** Got a huge graphic to print? Use our jumbo screen printing capabilities to create a larger than life, eye-catching apparel. The results are massive.

# WHAT IS LOGOWELD™?

LogoWeld™ is a process of sonically welding layers of vinyl to fabric. This premium promotional solution fuses a 3-dimensional applique to high quality apparel and accessories. We design and cut custom dies from your artwork in-house. LogoWeld™ can be used alone or combined with silk screening to create superior promotions that will enhance your brand.








### BET NETWORKS
- Create a piece that complements tuxedos at the BET awards.
- This blinging bag giveaway stole the spotlight.

### HYPNOTIK
- Promote a new hip night club.
- This award winning wearable delivered hypnotik results.

### ATL JET
- Create a cap that shows our brand is taking off.
- This fly'n logo made heads turn.

### MOTOROLA
- Provide a promotion that is undeniably cool.
- This promotion really said, "Hello Moto."

ASI 31940   PPAI 111063   SAGE 60011   UPIC COMPREST




### NINTENDO
- Design a high end recall item for Wii players.
- Wii games were stylin' in these cozy jackets.

### HELIUM
- Provide an eye-catching wearable promotion.
- These outerwear pieces uplifted their image.

### DELL
- Make a wearable promotion that's inspired by our product launch.
- This wearable that combined bling and our LogoWeld inspired recall.

www.Adrty.com

# WHAT ARE SHAPEMAGS™

& stickers too? ☜

Give positive attraction to your brand with our custom magnets and stickers. Pick, from any of our stock shapes or send your own artwork to have your own brand printed on a high quality digital press or choose LogoWeld™ applique for a glimmering logo. Magnets and stickers can be used as a stand alone promotion or inserted with a Compress! for an exceptional added value.







#### UNIVERSITY OF ARIZONA

purpose: Promote school spirit.

- Stickers and tees that defined school spirit.



#### FENDER

purpose: Give us a tweet on a classic promotion.

- This guitar sticker rocked the event.

#### SURF STORE

- A retail item with added value.

These cool stickers and tees were a hit with surfers.



#### NINTENDO

purpose: Provide a kid-friendly video game promotion.

- Sage! Male sticker and t-shirt were a super combo.



# WHAT IS A SHAPEPACK™?

ShapePacks™ are a dynamic solution for a promotion on the go. Shirts are ready to wear, just open the box. ShapePack allows you to dramatically embellish your own custom design. Choose from our stock boxes or present your own ideas. For that little something extra include coupons, free passes, or incentives.



**AQUARIUM SOFTWARE**
- Design a trade show winner.
- These shirts were worn right out of the box.



**GIBSON**
- Unique wearable form for special event.
- These tees rocked the house.

**THINKPAD**
- An exclusive insiders offer.
- A t-shirt with coupons and a cool laptop box.



**HAWAIIAN TROPIC**
- Create a casual and wearable promotion item for a special event.
- A fun t-shirt that was instantly wearable.

**MICROSOFT**
purpose: Provide a unique upscale packaging promotion.
results: This professional chrome box involved rave reviews.

**NASCAR**
purpose: Winning design for the fans.
results: An upscale ready-to-wear promotion that was instantly ahead of the competition.

**HORIZON**
purpose: A promotional trade show item with added value.
results: A custom printed t-shirt that was ready to wear.

**Free T-Shirt**
For samples inside

## ECOWIPES
### Handy Compact Cloths

Great promotions are green. Our EcoWipes are 100% natural, biodegradable, and packaged in a recyclable box. Wipes start at nickel size and grow before your eyes when exposed to water. This ultimate handy cloth is earth friendly, economical and a remarkable value for your next promotion.

**Sample Uses:**

Camping
Office
School bag
Restaurants

Traveling
Car
Baby care
Picnics



**HI GEAR**

We need a gift that scales new heights.

The got packed in with the essentials.

**STEP THREE**
EcoWipe is ready to use.

**STEP TWO**
Let EcoWipe grow to full size (8.6 x 9.8 inch).

**STEP ONE**
Pour cold or warm water over EcoWipe.

AS0 21940   P9A1 111063   SAGE 50211   UPIC COMPNES1

## BOOSHIRT
### Bamboo Apparel



Give it up to Mother Nature for creating this eco-friendly fabric. Our bamboo polos and t-shirts are made from 70% bamboo fibers and 30% cotton. Our shirts are not only soft and silky but they also have many other desirable qualities.

- Naturally Anti-Bacterial
- Built in Ultraviolet protection
- Moisture wicking
- Antimicrobial
- Natural fibers

Globally, we believe in socially and environmentally responsible conduct and are actively pursuing new eco-friendly products and business solutions.





**ADDVENTURE**
Add Impact – Add Value

The Addventure Addvantage

Thousands of Shapes
Innovative Products
Return on Investment
Marketing Tools

SHAPE YOUR BRAND™

ASI 31940 · PPAI L11053 · SAGE 50211 · UPIC COMPREST

© 2008 AddVenture Products, Inc. All rights reserved.

Logos herein are trademark of their respective companies and used
for demonstration purposes only. Not for sale or reproduction.

www.Addv.com

# EXHIBIT 3



# index

**CompressT**
Shape your brand with a custom shaped t-shirt.
PAGE 04

**SpecialT Printing**
Take your artwork to the next level with specialty screen printing.
PAGE 14

**LogoWeld™**
Enhance your brand with this premium solution.
PAGE 16

**ShapeMags**
Attraction guaranteed with these custom shaped magnets and stickers.
PAGE 19

**ShapePack**
Pack your tees in our custom shaped boxes.
PAGE 20

**BooShirt**
Breathe a little easier with these silky smooth shirts.
PAGE 22

**EcoWipes**
Get handy with wipes that grow before your eyes.
PAGE 23

ADDVENTURE™
Add Impact · Add Value



AddVenture was founded in New York in 1981 as A. Davis Design. When we moved to Southern California in 1992 our name was changed to AddVenture Products, (hence the double D). AddVenture is an award-winning supplier of innovative shaped promotional products. Back in 1988, we introduced the first postcard compressed t-shirt to the world.

As the creator of the original CompressT, we hold numerous design and utility patents. AddVenture ships everything out of our corporate headquarters and manufacturing facility in Southern California.

The heartbeat of AddVenture's success is found in the extraordinary trust our distributor partners place in us. On-time delivery is the core of our culture and is as important to us as it is to our customers. We are committed to shaping the success of our partners by building brand value and by delivering reliable first class service for every customer every time.

ASI 31940   PPAI 111653   SAGE 50211   UPIC COMPREST



# WHAT IS A COMPRESS™

Compress™ is completely unique from start to finish. Starting with your choice of 100% cotton t-shirt, we screen print your graphic, and then compress your tee under tremendous pressure into the solid custom shape of your choice. Your artwork is displayed on a high quality insert card visible through the package, transforming each t-shirt into a custom marketing tool. The result is an unforgettable promotion that fits into the palm of your hand and adds shape to your brand.

## SAMPLE USES:

- Product Launches
- Company Promotions
- Sales Promotion
- Trade Show Give Aways
- Coupon Inserts

- Gift with Purchase
- Product Recognition
- Creative Packaging
- Direct Mail
- In Store Promotions

- Invitations
- Meetings and Events
- Vending Machines
- Point of Purchase Display
- On Pack Promotions

## EASY AS 1·2·3



**STEP 1**
Your logo or design is screen printed onto a 100% cotton brand name t-shirt.

**STEP 2**
Our special process compresses and vacuums the fabric under tremendous pressure into small solid packages.

**STEP 3**
Open the package, then wash and dry and it will return to its regular shape within your message ready to wear.

DESIGN HERE

ASU 31940  PPM 111063  SAGE 50211  UPIC COMPRESS

client: MICROSOFT
purpose: Create a removeable tee with a lucky winner promotion inside.
result: A great success with their X-Box 360 give-aways.

client: DODGE
purpose: A cool launch to challenge the status quo.
result: An eye catching new design that breaks the old mold.

client: HIDDEN VALLEY
purpose: Brand our product and spread the word.
result: A fun promotional product that produced and spread around.

## STOCK SHAPES   VISIT www.COMPRESST.COM

The very best promotions are easily recognizable and leave a lasting impression. CompressT stock shapes allow you to enjoy the best possible promotion with no difficulty. With over 500 stock shapes to choose from there's something for everyone.

**ONE SHAPE: MANY FACES**   In this example, the stock lightbulb shape is also a perfect fit for various other shapes.

ESCO
Design a bright and unique idea.

This light bulb shape so bright that we had to patent it.

D442,868

ASI 31940    PPAI 111653    SAGE 50211    UPIC COMPRESST

DUNKIN DONUTS
Store promotion t-shirt giveaway that looked like a real donut.

A hot donut that delivered sweet results.

D451,737

HAYWOOD BUILDERS
Create a compress-t that hammers out the competition.

A winning tool that was fun to wear.

D454,060



GIBSON
purpose: Create a gift for clients who purchase our products.

result: A patented design that rocked their world.

patent #: D442,476

SMUCKERS
purpose: The promotion "has to be good."

result: A versatile that soared with the stars.

patent #: D409,981

US BANK





# ADD ANOTHER DIMENSION

Design your CompressT to come to life in 3D packaging. Enhance your custom t-shirt by adding a second or third insert card. By transforming your artwork into a replica of your brand, this promotion becomes the real thing.



GET TOASTED WITH QUIZNOS

### QUIZNOS
- client: Give us a t-shirt shape that looks just like our sandwich package.
- result: A promotion that looked good enough to eat.

### MENTOS
- client: Give us a t-shirt giveaway that looks like the real package.
- result: This promotion took our breath away.

### T-TAPE
- client: Simulate our product for a promotion.
- result: A miniature replica of their product on a skid.



## HOW TO USE A COMPRESS™

There are no limits when imagination adds value to your promotion. Add stickers, coupons, direct mailing, or product to increase the visibility of your brand. Convert your CompressT into a unique way to measure the success of your promotion or to directly drive purchasing.





**PARAMOUNT PICTURES**
- Promote the "Stardust" movie release.
- The enclosed store added magic to this promotion.

**EQUIPMENT WEBSERVICES**
- Beef up Sales with a unique promotion
- This simulated steak package, packed on a Styrofoam tray, included a sticker to generate sales leads.

**VOKAB KOMPANY**
- Provide added value to our CD release.
- This unique promotion rocked!

**MICROSOFT**
- Design a fun way to participate in a new product launch.
- A unique custom shape thrilled lucky barcode scan winners.







**MICROSOFT**
purpose: Plan for winning demo.
result: This was a very lucky mailing promotion.

**GOLD'S GYM**
An invitation to lose that belly.
result: A unique shaped shaped results.

**LG**
purpose: Drive our free cell phone promotion launch.
result: The tasty package we designed included our winning promotion.

# SPECIAL™ PRINTING

Let us transform your promotion into a garment with a retail rich flavor that subtly elevates your brand. Bring your creative ideas to the next level of screen printing with innovative techniques such as velveteen, sparkle, high density inks, vintage wash, and more.








**SPARKLE**
result: Add shimmer and shine with an extra layer of liquid crystals. Sparkle ink can be added to almost any color for a glamorous and glistening result.

**BLING**
result: Great for design focused promotions. Foil has a rich retail look that will provide a sophisticated touch to any logo or to enhance graphics.

**VELVETEEN**
result: Beautifully accent designs with a special soft flocked fiber. Textures like suede and felt give your apparel a uniquely delicate feel.

**METALLIC**
result: Metallic inks add shimmer and shine to your design or logo. Reflective inks enhance the surface and texture of your wearable.

**VINTAGE WASH**
result: Used for a distinctly old school effect. Vintage Wash offers a soft hand feel on dark garments.

ASI 31940    PPAI 111653    SAGE 50011    UPIC COMPR1531



process: Index and Process Colors
result: Your complex graphic images will come alive with the use of vibrant colors and detailed shading. See what these award winning separations can do for your project

process: Jumbo-Screen Printing
use: Got a huge graphic to print? Use our jumbo screen printing capabilities to accurately reproduce your image. The results are massive.

Lights! Camera! Action!

Paramount

# WHAT IS LOGOWELD™?

LogoWeld™ is a process of sonically welding layers of vinyl to fabric. This premium promotional solution fuses a 3-dimensional applique to high quality apparel and accessories. We design and cut custom dies from your artwork in-house. LogoWeld™ can be used alone or combined with silk screening to create superior promotions that will enhance your brand.



### BET NETWORKS
- Create a piece that compliments parodies of the BET awards.
- This blinging bag giveaway stole the spotlight.



### HYPNOTIK
- Promotes a new hip night club.
- This award-winning wearable delivered hypnotik results.



### MOTOROLA
- Provide a promotion that is undeniably cool.
- "This promotion really sold, Hello Moto."

### ATI JET
- Create a cap that shows our brand is taking off.
- The flying logo made heads turn.



& stickers too!

# WHAT ARE SHAPEMAG
S

Give positive attraction to your brand with our custom magnets and stickers. Pick from any of our stock shapes or send your own artwork to have your brand printed on a high quality digital press or choose LogoWeld™ appliqué for a glimmering logo. Magnets and stickers can be used as a stand alone promotion or inserted with a Compress! for an exceptional added value.





**UNIVERSITY OF ARIZONA**
- Promote school spirit.
- Stickers and tees that reflect school spirit.

**SURF STORE**
- A retail item with added value.
- These cool stickers and tees were a hit with surfers.



**FENDER**
- Give us a twist on a classic promotion.
- This guitar sticker rocked the event.



**NINTENDO**
- Provide a kid-friendly video game promotion.
- Super Mario sticker and t-shirt were a super combo.

AS 31840    PPH 111063    SAGE 50211    UPC COMPREST

19

---



press: LogoWeld™ Magnets
retail: Add bling and dimension to your logo with LogoWeld™ magnets. Choose either silver or gold liquid metal.

press: Magnets
retail: Get positive attraction with magnets and stickers. These magnets were from our SD Phones!

# WHAT IS A SHAPEPACK™?

ShapePacks™ are a dynamic solution for a promotion on the go. Shirts are ready to wear, just open the box. ShapePack alloows you to dramatically embellish your box with your own custom design. Choose from our stock boxes or present your own ideas. For that little something extra include coupons, free passes, or incentives.







**AQUARIUM SOFTWARE**
Design a trade show winner.

These shirts were worn right out of the box.



**THINKPAD**
An exclusive in-store offer.

A t-shirt with coupons and a cool laptop box.



**HAWAIIAN TROPIC**
Create a casual and wearable promotion item for a special event.

A fun t-shirt that was instantly wearable.

**GIBSON**
Unique wearable item for special event.

These tees rocked the house.

A3 31940   PPR111103.3   SAGE EG211   UPIC COMPRESS13

**MICROSOFT**

**NASCAR**

**HORIZON**
Free T-Shirt Packaged Inside

# ECOWIPES
### Handy Compact Cloths

Great promotions are green. Our EcoWipes are 100% natural, biodegradable, and packaged in a recyclable box. Wipes start at nickel size and grow before your eyes when exposed to water. This ultimate handy cloth is earth friendly, economical and a remarkable value for your next promotion.

Sample Uses:
Camping
Office
School bag
Restaurants

Traveling
Car
Baby care
Picnics





HI GEAR
...... We need a gift that scales new heights.

This got packed in with the essentials.

**STEP ONE**
Pour cold or warm water over EcoWipe.

**STEP TWO**
Let EcoWipe grow to full size (8.6 x 9.8 inch).

**STEP THREE**
EcoWipe is ready to use.

ASI:31940  PPAI:111063  SAGE:62411  UPIC:COMPREST



# BOOSHIRT
### Bamboo Apparel

Give it up to Mother Nature for creating this eco-friendly fabric. Our bamboo polos and t-shirts are made from 70% bamboo fibers and 30% cotton. Our shirts are not only soft and silky but they also have many other desirable qualities.

- Naturally Anti-Bacterial
- Built in Ultraviolet protection
- Moisture wicking
- Antimicrobial
- Natural fibers

Globally, we believe in socially and environmentally responsible conduct and are actively pursuing new eco-friendly products and business solutions.

SHAPE YOUR BRAND™

ASI 31940 • PPAI L11053 • SAGE 50211 • UPIC COMPREST

© 2008 AddVenture Products, Inc. All rights reserved.

Logos herein are trademark of their respective companies and used
for demonstration purposes only. Not for sale or reproduction.

www.AddX.com