# EXHIBIT 1

**D. Scott Hemingway**
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:    (214) 739-5209
Email: shemingway@hemlaw.org

**Douglas A. Pettit**
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA 92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

Attorney for Robert Weinberg, Whitson Wells
PMG, LLC and "Purple G"

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WEINBERG, et al.,<br><br>Defendants. | Case No:3:07-CV-02024-BTM-AJB<br><br>**ROBERT S. WEINBERG'S DECLARATION IN SUPPORT OF ROBERT S. WEINBERG MOTION TO DISMISS** |

## ROBERT S. WEINBERG'S DECLARATION IN SUPPORT OF ROBERT S. WEINBERG MOTION TO DISMISS

I, Robert S. Weinberg, declare as follows:

1.    I am a resident of Texas.  I do not own or control any business in the State of California, the Southern District of California, or San Diego, California, and I am not engaged

in any regular and established business in the State of California, the Southern District of California, or San Diego, California.

2.    I do not engage in any advertising or promotional sales activities in my individual capacity in this forum (California) or elsewhere, and I do not engage in any advertising or promotional sales activities in my individual capacity in this forum (California) or elsewhere.

3.    I do not personally make, use, sell or offer for sale any compressed fabric promotional items, and I do not conduct any type of personal business in this forum (California) that relates in any manner to the accusations in the Complaint.

4.    I do not own or operate any website for my own personal use, and I do not advertise, solicit, or offer any personal services to or in the State of California, the Southern District of California, or San Diego, California.

5.    I do not personally engage in any of the accused activities in this lawsuit in my individual capacity, in this forum or anywhere else.

6.    I am involved with the business of two Defendants in this matter, Whitson Wells PMG, LLC and "Purple G," but neither of these two businesses has ever shipped to or consummated a sale of any compressed fabric promotional items in the State of California, the Southern District of California, or San Diego, California.

7.    While I am involved with the business affairs of the other Defendants, Whitson Wells PMG, LLC and "Purple G," my role in those businesses is well-defined as a corporate officer, director or manager. Any actions taken on behalf of those businesses were not made in my personal and individual capacity, but were made solely on behalf of the businesses.

8.    Regardless, none of the actions taken by me in the business affairs of the other two Defendants, Whitson Wells PMG, LLC and "Purple G," have included the shipment or consummated sale of any compressed fabric promotional item to the State of California, the Southern District of California, or San Diego, California.

9.    With respect to activities alleged in the Complaint, I do not believe I have sufficient minimum contacts with the forum of California because I did not perform any act or consummate any transaction in the State of California relating to the subject matter of this lawsuit that would purposefully avail myself of the privilege of conducting activities in the forum.

10.    The claims in the Addventure lawsuit do not arise from my personal and individual activities in the State of California.

11.    With respect to any other contacts with the State of California unrelated to the allegations in the Addventure lawsuit, I have no continuous or systematic contacts with the State of California.


I declare the above to be true and correct under penalty of perjury.

12/3/07
Date

Robert S. Weinberg

# EXHIBIT 2

1

**D. Scott Hemingway**
TX Bar No. 09407880
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 292-8301
Fax:    (214) 739-5209
Email: shemingway@hemlaw.org

**Douglas A. Pettit**
Pettit Kohn Ingrassia & Lutz PC
12250 El Camino Real, Ste 350
San Diego, CA 92130
Phone: (858) 755-8500
Fax: (858) 755-8504
dpettit@pettitkohn.com

Attorney for Robert Weinberg, Whitson Wells
PMG, LLC and "Purple G"

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT FOR THE

10

## SOUTHERN DISTRICT OF CALIFORNIA

11

## SAN DIEGO DIVISION

12

13

14 | ADDVENTURE PRODUCTS, INC., a California corporation,

Case No:3:07-CV-02024-BTM-AJB

15 | Plaintiff,

**DECLARATION OF ROBERT S. WEINBERG IN SUPPORT OF WHITSON WELLS PMG, LLC, AND "PURPLE G" MOTION TO DISMISS**

16 | vs.

17 | ROBERT WEINBERG, et al.,

18 | Defendants.

19

20

## ROBERT S. WEINBERG DECLARATION IN
## SUPPORT OF MOTION TO DISMISS

21

22

23 | I, Robert S. Weinberg, declare as follows:

24

25

1.    Defendant Whitson Wells PMG, LLC is a limited liability company incorporated in Texas, and I am the Managing Director of this entity. "Purple G" is an entity doing business under that name, and it is directly affiliated with Whitson Wells PMG, LLC.

2.    Both Whitson Wells PMG, LLC and Purple G operate from Dallas, Texas, and neither of these entities is located in or operates out of the State of California, the Southern District of California, or San Diego, California.

3.    Whitson Wells PMG, LLC and Purple G are not corporations or business entities registered with the California Secretary of State's office, and neither entity is engaged in any regular and established business in the State of California, the Southern District of California or San Diego, California relating to compressed fabric promotional articles.

4.    Whitson Wells PMG, LLC does not directly engage in any promotional or marketing sales activities, and Whitson Wells PMG, LLC does not offer, sell, invoice or ship any promotional or marketing materials of any kind to anyone or anywhere, including the State of California, the Southern District of California or San Diego, California.

5.    Whitson Wells PMG, LLC does not directly make, use, sell or offer for sale any compressed fabric promotional items or conduct any type of business with those articles that could be considered to be covered by any of the accusations in this Complaint.

6.    Whitson Wells PMG, LLC does not operate a website for Whitson Wells PMG, LLC to advertise or promote any services related to compressed fabric promotional articles.

7.    Whitson Wells PMG, LLC and Purple G have never shipped or consummated the sale of any compressed fabric promotional product in or to the State of California, the Southern District of California or San Diego, California.

8.     Purple G has not directly engaged in any promotional or marketing sales activities related to compressed fabric promotional items in the State of California, the Southern District of California or San Diego, California, and Purple G has not consummated any sales of, or shipped, any compressed promotional items to anyone in the State of California, the Southern District of California or San Diego, California.

9.     Purple G has not directly made, used, or consummated the sale of any compressed fabric promotional items or conducted any type of business with those articles that could be considered to be covered by any of the accusations in this Complaint in the State of California, the Southern District of California or San Diego, California.

10.     Purple G operates a website, but it is passive website that does not allow for interactive responses from the website browser.  The Purple G website does not allow for orders to be submitted, and there is no contact information that is provided on the website to allow browsers to respond to the website.

11.     None of the compressed fabric promotional items produced, sold or marketed by Purple G in other forums are capable of being returned to its original un-compacted condition by manipulation without the addition of a liquid.  Like the Plaintiff Addventure Products' compacted fabric promotional items, the compacted promotional items produced and sold by Purple G require the addition of water during a wash cycle.  *See attached Addventure Prods. Catalog, p. 5 (showing washing necessary to get fabric back to un-compacted state).*  As such, both the Purple G and the Plaintiff's compacted promotional items do not practice a vital and necessary step in the only utility patent asserted in this matter.  *See Claims 1, 8, and 10 of U.S. Patent No. 5,042,227.*

1    12.    None of the compressed fabric items produced or sold by Purple G in other forums

2    include, possess, or contain the ornamental and protectible aspects of the asserted design

3    patents.

4

5    I declare the above to be true and correct under penalty of perjury.

6

7    _12/3/07_

8    Date                                    Robert S. Weinberg

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



www.AddV.com

# ¡index

**CompressT**
Shape your brand with a custom shaped t-shirt.
PAGE 04

**SpecialT Printing**
Take your artwork to the next level with specialty screen printing.
PAGE 14

**LogoWeld™**
Enhance your brand with this premium solution.
PAGE 16

**ShapeMags**
Attraction guaranteed with these custom shaped magnets and stickers.
PAGE 19

**ShapePack**
Pack your tees in our custom shaped boxes.
PAGE 20

**BooShirt**
Breathe a little easier with these silky smooth shirts.
PAGE 22

**EcoWipes**
Get handy with wipes that grow before your eyes.
PAGE 23

A93 31940    P9M 11N55    SAGE 85211    UPIC COMPREST



### ADDVENTURE™
Add Impact   Add Value



AddVenture was founded in New York in 1981 as A. Davis Design. When we moved to Southern California in 1992 our name was changed to AddVenture Products, (hence the double D). AddVenture is an award-winning supplier of innovative shaped promotional products. Back in 1988, we introduced the first postcard compressed t-shirt to the world.

As the creator of the original CompressT, we hold numerous design and utility patents. AddVenture ships everything out of our corporate headquarters and manufacturing facility in Southern California.

The heartbeat of AddVenture's success is found in the extraordinary trust our distributor partners place in us. On-time delivery is the core of our culture and is as important to us as it is to our customers. We are committed to shaping the success of our partners by building brand value and by delivering reliable first class service for every customer every time.



# WHAT IS A COMPRESS'T

Compress't is completely unique from start to finish. Starting with your choice of 100% cotton t-shirt, we screen print your graphic, and then compress your tee under tremendous pressure into the solid custom shape of your choice. Your artwork is displayed on a high quality insert card visible through the package, transforming each t-shirt into a custom marketing tool. The result is an unforgettable promotion that fits into the palm of your hand and adds shape to your brand.

## SAMPLE USES:

- Product Launches
- Company Promotions
- Sales Promotion
- Trade Show Give Aways
- Coupon Inserts

- Gift with Purchase
- Product Recognition
- Creative Packaging
- Direct Mail
- In Store Promotions

- Invitations
- Meetings and Events
- Vending Machines
- Point of Purchase Display
- On Pack Promotions

## EASY AS 1·2·3



**STEP 1**
Your logo or design is screen printed onto a 100% cotton brand name t-shirt.

**STEP 2**
Our special process compresses and vacuums the shirt under tremendous pressure into small solid packages.

**STEP 3**
Open the package, then work and dry and it will conform to its regular shape with your message ready to wear.

DESIGN HERE

AS! 21940   PPAI 111603   SAGE 50211   UPIC COMPREST

detail: MICROSOFT
purpose: Create a memorable tee with a future volume promotion mails.
results: A great success with free 7.4 box 360 give-aways.

detail: DODGE
purpose: A car launch to challenge this brand.
results: An eye catching new design that beats the old mold.

detail: HIDDEN VALLEY
purpose: Brand our product and spread the word.
results: A fun promotion definitely produced and spread around.

# STOCK SHAPES  VISIT www.COMPRESST.COM

The very best promotions are easily recognizable and leave a lasting impression. CompresST stock shapes allow you to enjoy the best possible promotion with no difficulty. With over 500 stock shapes to choose from there's something for everyone.

## ONE SHAPE: MANY FACES    In this example, the stock lightbulb shape is also a perfect fit for various other shapes.



**ESKCO**
purpose: Design a bright and unique idea.
result: This light-bulb shone so bright that we had to patent it.
patent #: D442,856

**DUNKIN DONUTS**
purpose: Store promotion t-shirt giveaway that looked like a real donut.
result: A test donut that delivered sweet results.
D451,797

**HAYWOOD BUILDERS**
• Create a compress that hammers out the competition.
• A winning tool that was fun to wear.
D454,060

ASI 21940    PPAI 111053    SAGE 50211    UPIC COMPRESST



**US BANK**
result: A winning promo that rocket their world.
patent #: D442,676



client: GIBSON
purpose: Create a gift for clients who purchase our products.
result: A winning promo that rocket their world.
patent #: D442,676



client: SMUCKERS
purpose: The promotion "has to be good."
result: A wearable that soared with the stars.
patent #: D449,981





## ADD ANOTHER DIMENSION

Design your CompresT to come to life in 3D packaging. Enhance your custom t-shirt by adding a second or third insert card. By transforming your artwork into a replica of your brand, this promotion becomes the real thing.






GET TOASTED WITH QUIZNOS

**QUIZNOS**
- Give us a t-shirt shape that looks just like our sandwich package.
- A promotion that looked good enough to eat.

**MENTOS**
- Give us a t-shirt giveaway that looks like the real package.
- This promotion took our breath away.

**T-TAPE**
- Simulate our product for a promotion.
- A miniature replica of their product on a sled.

ASI 31940    PPMI 111063    SAGE 50211    UPIC COMPREST





**CARTOON NETWORK**
- Create awareness for our new cartoon season.
- A red hot viral hit.

**U.S. PLAYING CARD**
- Have the promotion stack up against our cards.
- This promotion was a winning hand.

**ALLISON TRANSMISSION**
- Create a unique retail t-shirt for our promotion.
- A promotion that was sweetened the deal.

# HOW TO USE A COMPRESS™

There are no limits when imagination adds value to your promotion. Add stickers, coupons, direct mailing, or product to increase the visibility of your brand. Convert your CompressT into a unique way to measure the success of your promotion or to directly drive purchasing.

**PARAMOUNT PICTURES**
- Promote the "StarJust" movie release.
- The sculpted stars added magic to this promotion.




**VOKAB KOMPANY**
- Provide added value to our CD release.
- This unique promotion rocked!!



**MICROSOFT**
- Design a fun way to participate in a new product launch.
- A unique custom shape thrilled lucky barcode scan winners.

**EQUIPMENT WEBSERVICES**
- Beef up Sales with a unique promotion.
- This simulated steak package, packed on a Styrofoam tray, included a sticker to generate sales leads.



AS#.315&D  PPAT.111063  SAGE 60211  UPC COMPREST

# SPECIAL™ PRINTING

Let us transform your promotion into a garment with a retail rich flavor that subtly elevates your brand. Bring your creative ideas to the next level of screen printing with innovative techniques such as velveteen, sparkle, high density inks, vintage wash and more.







**SPARKLE**

Add shimmer and shine with an extra layer of liquid crystals. Sparkle ink can be added to almost any color for a glamorous and glistening result.

**STARDUST**

**BLING**

Great for design focused promotions. Foil has a rich retail look that will provide a sophisticated touch to any logo or to enhance graphics.








**VELVETEEN**

Beautifully accent designs with a special soft flocked fiber. Textures are sharp and feel give your apparel a uniquely desirable feel.

**METALLIC**

Metallic inks add shimmer and shine to your design or logo. Reflective inks enhance the surface and texture of your wearable.

**VINTAGE WASH**

Used for a distinctly old school effect. Vintage Wash offers a soft hand feel on dark garments.



**result** Your complex graphic images will come alive with the use of vibrant colors and detailed blending. See what these award winning separations can do for your project.

**Index and Process Colors**

**Jumbo Screen Printing**

Got a huge graphic to print? Use our jumbo screen printing capabilities to create eye-catching imagery. The results are massive.

A9131949   PRN111N653   SAGE 50211   UPC COM#9533

# WHAT IS LOGOWELD?

LogoWeld™ is a process of sonically welding layers of vinyl to fabric. This premium promotional solution fuses a 3-dimensional applique to high quality apparel and accessories. We design and cut custom dies from your artwork in-house. LogoWeld™ can be used alone or combined with silk screening to create superior promotions that will enhance your brand.






**BET NETWORKS**
- Create a piece that complements tuxedos at the BET awards.
- This blinging bag giveaway stole the spotlight.

**ATI JET**
- Create a cap that shows our brand is taking off.
- The flying logo made heads turn.

**HYPNOTIK**
- Promote a new hip night club.
- This award winning wearable delivered hypnotic results.

**MOTOROLA**
- Provide a promotion that is undeniably cool.
- This promotion really said, "Hello Moto."

ASI 21949   PPAI 111053   SAGE 50011   UPIC COMPHEST



**HELIUM**
purpose: Provide an eye-catching wearable promotion.
result: These 3dLogoDecs™ lives uplifted their image.

**NINTENDO**
purpose: Design a high end retail item for Wii players.
result: Wii gamers were stylin' in these cozy jackets.

www.AddiV.com

# WHAT ARE SHAPEMAIL™?

& stickers too

Give positive attraction to your brand with our custom magnets and stickers. Pick from any of our stock shapes or send your own artwork to have your brand printed on a high quality digital press or choose LogoWeld™ appliqué for a glimmering logo. Magnets and stickers can be used as a stand alone promotion or inserted with a CompressT for an exceptional added value.





**UNIVERSITY OF ARIZONA**
purpose: Promote school spirit.
- - - - - - - - - - - - - -
Stickers and fees that nailed school spirit.

**SURF STORE**
purpose: A retail item with added value.
- - - - - - - - - - - - - -
These cool stickers and tees were a hit with surfers.

**FENDER**
purpose: Give us a twist on a classic promotion.
- - - - - - - - - - - - - -
This guitar sticker rocked the event.

**NINTENDO**
purpose: Provide a kid-friendly video game promotion.
- - - - - - - - - - - - - -
Super Mario sticker and t-shirt were a super combo.

ASI 31940     PPAI 111063     SAGE 50211     UPIC COMPRESST

---

purpose: **LogoWeld™ Magnets**
result: Add bling and dimension to your logo with LogoWeld™ magnets. Choose either silver or gold liquid metal.

purpose: **Magnets**
result: Get positive attraction.
Value magnets and stickers.
Free mini LogoWeld over 500 pieces!

LogoWeld magnets are cool!

# WHAT IS A SHAPEPACK™?

ShapePacks™ are a dynamic solution for a promotion on the go. Shirts are ready to wear, just open the box. ShapePack allows you to dramatically embellish your box with your own custom design. Choose from our stock boxes or present your own ideas. For that little something extra include coupons, free passes, or incentives.






**client: AQUARIUM SOFTWARE**
purpose: Design a trade show winner.
result: These shirts were worn right out of the box.

**client: HAWAIIAN TROPIC**
purpose: Create a casual and wearable promotion item for a special event.
result: A fun t-shirt that was instantly wearable.



**client: GIBSON**
purpose: Unique wearable item for special event.
result: These tees rocked the house.

**client: THINKPAD**
purpose: An exclusive in-store offer.
result: A t-shirt with coupons and a cool laptop box.

ASI 21960   PPAI 111053   SAGE 50211   UPIC COMPPK 13



# ECOWIPES™
Handy Compact Cloths

Great promotions are green. Our EcoWipes are 100% natural, biodegradable, and packaged in a recyclable box. Wipes start at nickel size and grow before your eyes when exposed to water. This ultimate handy cloth is earth-friendly, economical and a remarkable value for your next promotion.

**Sample Uses:**
Camping
Office
School bag
Restaurants

Traveling
Car
Baby care
Picnics

HI GEAR .......... We need a gift that scales new heights.
.......... This got packed in with the essentials.

STEP ONE ..........
Pour cold or warm water over EcoWipe.

STEP TWO ..........
Let EcoWipe grow to full size (6.6 x 9.8 inch).

STEP THREE ..........
EcoWipe is ready to use.

ASI 31940   PPAI 111063   SAGE 60911   UPIC COMPNEST



# BOOSHIRT™
Bamboo Apparel

Give it up to Mother Nature for creating this eco-friendly fabric. Our bamboo polos and t-shirts are made from 70% bamboo fibers and 30% cotton. Our shirts are not only soft and silky but they also have many other desirable qualities.

• Naturally Anti-Bacterial
• Built in Ultraviolet protection
• Moisture wicking
• Antimicrobial
• Natural fibers

Globally, we believe in socially and environmentally responsible conduct and are actively pursuing new eco-friendly products and business solutions.

ADDVENTURE
Add Impact · Add Value

The Addventure Addvantage

Thousands of Shapes
Innovative Products
Return on Investment
Marketing Tools

SHAPE YOUR BRAND™

ASI 31940 · PPAI 111053 · SAGE 50211 · UPIC COMPREST

© 2008 AddVenture Products, Inc. All rights reserved.

Logos herein are trademark of their respective companies and used
for demonstration purposes only. Not for sale or reproduction.

www.AddV.com

# EXHIBIT 3



# index

**CompressT**
Shape your brand with a custom shaped t-shirt.
PAGE 04

**SpecialT Printing**
Take your artwork to the next level with specially screen printing.
PAGE 14

**LogoWeld™**
Enhance your brand with this premium solution.
PAGE 16

**ShapeMags**
Attraction guaranteed with these custom shaped magnets and stickers.
PAGE 19

**ShapePack**
Pack your tees in our custom shaped boxes.
PAGE 20

**BooShirt**
Breathe a little easier with these silky smooth shirts.
PAGE 22

**EcoWipes**
Get handy with wipes that grow before your eyes.
PAGE 23

A53 31940    PPM 111063    SAGE 50211    UPIC COMPREST



**ADDVENTURE**
Add Impact ∴ Add Value

AddVenture was founded in New York in 1981 as A. Davis Design. When we moved to Southern California in 1992 our name was changed to AddVenture Products, (hence the double D). AddVenture is an award-winning supplier of innovative shaped promotional products. Back in 1988, we introduced the first postcard compressed t-shirt to the world.

As the creator of the original CompressT, we hold numerous design and utility patents. AddVenture ships everything out of our corporate headquarters and manufacturing facility in Southern California.

The heartbeat of AddVenture's success is found in the extraordinary trust our distributor partners place in us. On-time delivery is the core of our culture and is as important to us as it is to our customers. We are committed to shaping the success of our partners by building brand value and by delivering reliable first class service for every customer every time.



# WHAT IS A COMPRESS™

Compress™ is completely unique from start to finish. Starting with your choice of 100% cotton t-shirt, we screen print your graphic, and then compress your tee under tremendous pressure into the solid custom shape of your choice. Your artwork is displayed on a high quality insert card visible through the package, transforming each t-shirt into a custom marketing tool. The result is an unforgettable promotion that fits into the palm of your hand and adds shape to your brand.

## SAMPLE USES:

| | | |
|---|---|---|
| Product Launches | Gift with Purchase | Invitations |
| Company Promotions | Product Recognition | Meetings and Events |
| Sales Promotion | Creative Packaging | Vending Machines |
| Trade Show Give Aways | Direct Mail | Point of Purchase Display |
| Coupon Inserts | In Store Promotions | On Pack Promotions |

## EASY AS 1-2-3

 

STEP 1
Your logo or design is screen printed onto a 100% cotton brand name t-shirt.

STEP 2
Our special process compresses and vacuums the t-shirt under tremendous pressure into small solid packages.

STEP 3
Opens the package, it'll remove and will return to its regular shape. Message ready to wear.

DESIGN HERE

AIG 21940   PRM 111963   SAGE 50211   UPIC COMPREST



# STOCK SHAPES

VISIT www.COMPRESST.com

The very best promotions are easily recognizable and leave a lasting impression. CompressT stock shapes allow you to enjoy the best possible promotion with no difficulty. With over 500 stock shapes to choose from there's something for everyone.

## ONE SHAPE: MANY FACES

In this example, the stock lightbulb shape is also a product hit for various other shapes.



### ESKCO
**purpose:** Design a bright and unique idea.

**result:** This light-bulb above so bright that we had to patent it.

**patent #:** D442,868



### DUNKIN DONUTS
**purpose:** Store promotion t-shirt giveaway that looked like a real donut.

**result:** A hot donut that delivered sweet results.

**patent #:** D451,797



### HAYWOOD BUILDERS
**purpose:** Create a compress-t that hammers out the competition.

**result:** A winning tool that was fun for years.

**patent #:** D454,060

ASB 31940    PPM 111083    SAGE 60211    UPIC COMPRESST

# CUSTOM SHAPES

Differentiate your brand from the competition with a promotion that is undeniably unique. Send us your custom art to design a mold that differentiates you from the rest. Our state-of-the-art engineering process will make your promotion stand out.

FROM THE PLAN,
TO THE MOLD,
TO YOUR TARGET.







**HUMMER**
**purpose:** Go where only the very few dare venture.
**result:** A big shape that drove the unique campaign message.

**MSNBC**
**purpose:** Brand the MSNBC logo in a colorful and unique way.
**result:** A custom Compress!™ that stood as proud as a peacock.

**ALL**
**purpose:** Create a custom promotion for a fresh, new line.
**result:** A clever item that cleaned up the competition.



COMPRESST

# ADD ANOTHER DIMENSION

Design your CompressT to come to life in 3D packaging. Enhance your custom t-shirt by adding a second or third insert card. By transforming your artwork into a replica of your brand, this promotion becomes the real thing.

GET TOASTED WITH QUIZNOS

**QUIZNOS**
client: QUIZNOS
purpose: Give us a t-shirt shape that looks just like our sandwich package.
result: A promotion that looked good enough to eat.

**MENTOS**
client: MENTOS
purpose: Give us a t-shirt giveaway that looks like the real package.
result: This promotion took our breath away.

**T/TAPE**
purpose: Simulate our product for a promotion.
result: A miniature replica of their product on a shirt.

**CARTOON NETWORK**
client: CARTOON NETWORK
purpose: Create awareness for our new cartoon season.
result: A red hot wearable.

**U.S. PLAYING CARD**
client: U.S. PLAYING CARD
purpose: Have the promotion stack up against our cards.
result: This royal stage was a winning hand.

**ALLISON TRANSMISSION**
client: ALLISON TRANSMISSION
purpose: Create a unique retail item for their store.
result: A retail that sweetened the deal.

# HOW TO USE A COMPRESS™

There are no limits when imagination adds value to your promotion. Add stickers, coupons, direct mailing, or product to increase the visibility of your brand. Convert your Compress! into a unique way to measure the success of your promotion or to directly drive purchasing.



**PARAMOUNT PICTURES**
- Promote the "Stardust" movie release.
- The enclosed stars added magic to the promotion.

**EQUIPMENT WEBSERVICES**
- Beef up Sales with a unique promotion
- This simulated steak package, packed on a Styrofoam tray, included a sticker to generate sales leads.

**VOKAB KOMPANY**
- Provide added value to our CD release.
- This unique promotion rocked!

**MICROSOFT**
- Design a fun way to participate in a new product launch.
- A unique custom shape thrilled lucky barcode scan winners.

ASI 31940    PPAI 111093    SAGE 50211    UPIC COMPRESS!

**MICROSOFT**
- client: MICROSOFT
- purpose: Prize for winning clients.
- result: This was a very wide mailing promotion.

**GOLDS GYM**
- purpose: An initiative to boost membership.

**LG**
- client: LG
- purpose: Drive our free gift with LG motion launch.
- result: This teddy package we designed included winning point of purchase.

# SPECIAL™ PRINTING

Let us transform your promotion into a garment with a retail-rich flavor that subtly elevates your brand. Bring your creative ideas to the next level of screen printing with innovative techniques such as velveteen, sparkle, high density inks, vintage wash and more.









**SPARKLE**
Add shimmer and shine with an extra layer of fluid crystals. Sparkle ink can be added to almost any color for a glamorous and glistening result.

**BLING**
Great for design focused promotions. Foil has a rich metallic look that will provide a sophisticated touch to any logo or to enhance graphics.

**VELVETEEN**
Beautifully accent designs with a special soft flocked fiber. Textures the details and felt give your apparel a uniquely delicate feel.

**METALLIC**
Metallic inks add shimmer and shine to your design or logo. Reflective inks enhance the surface and texture of your wearable.

**VINTAGE WASH**
Used for a distinctly old-school effect. Vintage Wash offers a soft-hand feel on dark garments.

A5131940   PPH 111653   SAGE 50211   UPIC COMPRESS

# WHAT IS LOGOWELD ?

LogoWeld™ is a process of sonically welding layers of vinyl to fabric. This premium promotional solution fuses a 3-dimensional appliqué to high quality apparel and accessories. We design and cut custom dies from your artwork in-house. LogoWeld™ can be used alone or combined with silk screening to create superior promotions that will enhance your brand.



**BET NETWORKS**

purpose: Create a piece that compliments tuxedos at the BET Awards.

· This blinging bag giveaway stole the spotlight.

**MOTOROLA**

purpose: Provide a promotion that is undeniably cool.

· "This promotion really said, "Hello Moto."

**ATL JET**

purpose: Create a cap that shows our brand is taking off.

· This flying logo made heads turn.

**HYPNOTIK**

purpose: Promote a new hip night club.

· This award winning wearable delivered hypnotic results.

A58 31940   PPM 111053   SAGE 60211   UPIC COMPREST

---

client: **DELL**
purpose: To provide promotions that's backed by our product lineup.
result: This wearable that combined screen and cut LogoWeld™ sparked sales.

client: **HELIUM**
purpose: Provide an eye catching wearable promotion.
result: These "bbingeabout" tees uplifted their image.

client: **NINTENDO**
purpose: Design a high end retail item for Wii players.
result: Wii gamers were stylin' in these cozy jackets.

& Stickers too!!

# WHAT ARE SHAPEMAG®

Give positive attraction to your brand with our custom magnets and stickers. Pick from any of our stock shapes or send your own artwork to have your brand printed on a high quality digital press or choose LogoWeld™ appliqué for e glimmering logo. Magnets and stickers can be used as a stand alone promotion or inserted with a Compress!! for an exceptional added value.



**UNIVERSITY OF ARIZONA**
Promote school spirit.

Stickers and tees that rallied school spirit.





**SURF STORE**

A retail item with added value.

These cool stickers and tees were a hit with surfers.






**NINTENDO**
Provide a kid-friendly video game promotion.

Super Mario sticker and t-shirt were a super combo.

**FENDER**
Give us a twist on a classic promotion.

This guitar and/or rocked the event.

AS 31840    PPN 111063    SAGE 50211    UPIC COMPREST

**LogoWeld Magnets.**
Add bling and dimension to your logo with LogoWeld™ magnets. Choose either silver or gold liquid metal.

**Magnets**
Get positive attraction with magnets and stickers. You just may find your ad stuck around.

19

# WHAT IS A SHAPEPACK?

ShapePacks™ are a dynamic solution for a promotion on the go. Shirts are ready to wear, just open the box. ShapePack allows you to dramatically embellish your box with your own custom design. Choose from our stock boxes or present your own ideas. For that little something extra include coupons, free passes, or incentives.





**AQUARIUM SOFTWARE**
- Design a trade show winner.
- These shirts were worn right out of the box.





**THINKPAD**
- An exclusive in-store offer.
- A t-shirt with coupons and a cool laptop box.



**GIBSON**
- Unique wearable item for special event.
- These tees rocked the house.

**HAWAIIAN TROPIC**
- Create a casual and wearable promotion item for a special event.
- A fun t-shirt that was instantly wearable.

ASI 31840   PPAI 111053   SAGE 60211   UPIC COMPRI-51




**MICROSOFT**
- Create a unique upscale packaging promotion.
- This limited edition box received rave reviews.

**NASCAR**
- Winning design for the fans.
- An upscale ready-to-wear promotion that went leaps ahead of the competition.

**HORIZON**
- A promotional trade item with added value.
- A t-shirt that is ready to wear.



# ECOWIPES
Handy Compact Cloths

Great promotions are green. Our EcoWipes are 100% natural, biodegradable, and packaged in a recyclable box. Wipes start at nickel size and grow before your eyes when exposed to water. This ultimate handy cloth is earth friendly, economical and a remarkable value for your next promotion.

Sample Uses:

| | |
|---|---|
| Camping | Traveling |
| Office | Car |
| School bag | Baby Care |
| Restaurants | Picnics |



-- HI GEAR --
We need a gift that scales new heights.
This got packed in with the essentials.

STEP ONE
Pour cold or warm water over EcoWipe.

STEP TWO
Let EcoWipe grow to full size (6.5 x 9.9 inch).

STEP THREE
EcoWipe is ready to use.

ASI.31840   PPAI 111063   SAGE 50211   UPIC COMPREST



# BOOSHIRT
Bamboo Apparel

Give it up to Mother Nature for creating this eco-friendly fabric. Our bamboo polos and t-shirts are made from 70% bamboo fibers and 30% cotton. Our shirts are not only soft and silky but they also have many other desirable qualities.

• Naturally Anti-Bacterial
• Built in Ultraviolet protection
• Moisture wicking
• Antimicrobial
• Natural fibers

Globally, we believe in socially and environmentally responsible conduct and are actively pursuing new eco-friendly products and business solutions.

23



SHAPE YOUR BRAND™

ASI 31940 · PPAI L11053 · SAGE 60211 · UPIC COMPREST

© 2008 Addventure Products, Inc. All rights reserved.

Logos herein are trademark of their respective companies and used for demonstration purposes only. Not for sale or reproduction.

www.AddV.com